USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-26

11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 19-cv-01800; 19-cv-01803;
19-cv-01809; 19-cv-01812; 19-cv-01818.

MASTER DOCKET

18-MD-2865 (LAK)

## (PROPOSED) CONSENT JUDGMENT

WHEREAS, plaintiff Skatteforvaltningen ("SKAT") commenced these actions (collectively, the "Actions") against, in certain cases amongst others, defendants Elka Altbach, as Executor of the Estate of Ronald Altbach (the "Altbach Estate"), Crucible Ventures LLC Roth 401(K) Plan (the "Crucible Plan"), Limelight Global Productions LLC Roth 401(K) Plan (the "Limelight Plan"), Plumrose Industries LLC Roth 401K Plan (the "Plumrose Plan"), Roadcraft Technologies LLC Roth 401(K) Plan (the "Roadcraft Plan"), and True Wind Investments LLC Roth 401(K) Plan (the "True Wind Plan") (the Crucible Plan, the Limelight Plan, the Plumrose Plan, the Roadcraft Plan and the True Wind Plan collectively, the "Plan Defendants"), or amended its complaints in these actions to assert claims against Defendants foregoing;

WHEREAS, SKAT and Defendants now wish to resolve all claims SKAT asserted in the Actions against Defendants;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon Defendants' consent, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

12

1. This Consent Judgment is hereby entered in favor of plaintiff SKAT against Defendants in the following amounts:

    a. $7,199,000 (US) against the Crucible Plan;

    b. $4,221,000 (US) against the Limelight Plan;

    c. $7,270,000 (US) against the Plumrose Plan;

    d. $10,285,000 (US) against the Roadcraft Plan; and

    e. $4,438,000 (US) against the True Wind Plan.

2. The Plan Defendants shall be liable to pay the amount set forth in paragraph 1.

3. The above-captioned actions are voluntarily dismissed against the Altbach Estate.

4. Each party shall bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

Dated: New York, New York
     January 21, 2026

**HUGHES HUBBARD & REED LLP**

By:   /s/
    Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Dustin.smith@hugheshubbard.com

*Counsel for Petitioner Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

**JONES HOGAN & BROOKS LLP**

By: 
    Nicholas J. Narchus
76 West Ave.
Lockport, New York 14094
Telephone: (716) 266-9007
nick@narchuslaw.com

*Counsel for Respondent Elka Altbach as Executor of the Estate of Ronald Altbach and on behalf of the Altbach Plans*

SO ORDERED

_____
LEWIS A. KAPLAN (USDJ)

2/2/26