# Exhibit 42

Mon Mar 14 2022 09:55:34 GMT-0400 (Eastern Daylight Time)

# Telesto Markets LLP
Reference number: 609226

This firm is in administration. It has stopped taking on new business but has to continue to meet our standards in dealing with its customers. **If you were a customer check with the firm how this affects you.**

In Administration

Firms we regulate may also carry out activities that are not regulated by either the FCA or the Prudential Regulation Authority (PRA). Complaints or claims about these unregulated activities may not be covered by the Financial Ombudsman Service (FOS) or the Financial Services Compensation Scheme (FSCS). If you are unsure whether an activity undertaken by a firm is regulated by us or the PRA, then you should ask the firm to confirm in writing what protections will be available to you if you need to make a complaint or claim compensation.

# Who is this firm?

## Firm details

Check details about this firm's place of business, contact details, etc.

Firms are required to confirm at least annually that these details are correct.
**The firm has not confirmed its firm details in the last 12 months. We are addressing this with the firm.**

## Address
12th Floor, The Broadgate Tower
20 Primrose Street
London
EC2A 2EW
UNITED KINGDOM

## Phone
4402073824940

## Email
compliance@solo.com

## Firm reference number
609226

## Registered company number

OC388442

## Firm status

Check this firm's status and any additional regulatory information.

### Status

Authorised - in administration
Since 27/08/2014
This firm is in administration. It has stopped taking on new business but has to continue to meet our standards in dealing with its customers. **If you were a customer check with the firm how this affects you.**

### Sub status

In Administration
Since 27/09/2016

### Type

Regulated

## Trading names

This firm currently trades under 1 trading names.

## Current names

Showing 1 result out of 1

| Name | Status | Effective from |
| --- | --- | --- |
| **Telesto Markets LLP** | **Registered** | **24 Oct 2013** |

# How are customers protected?

## Protections and support

Understand the protections you have when dealing with this firm, and how to make a complaint.

top



**Customer protections and the Register**

Regulated activities performed by regulated firms or individuals are covered by a range of protections. Some of these protections are not through the FCA but are primarily through the Financial Ombudsman Service and the Financial Services Compensation Scheme.

The protections available relate to specific regulated activities. We recommend that you check below for the activities that this firm has FCA and/or PRA permission to provide before going ahead. You should also contact the firm and ask them to confirm the specific protections available to you.

## The Financial Ombudsman Service may be able to consider a complaint about this firm

Complaints about regulated activities that this firm has permissions for may be covered by the Financial Ombudsman Service. If you have complained to the firm and they haven't responded or you aren't satisfied with the response, you can contact the **Financial Ombudsman Service (https://www.financial-ombudsman.org.uk/)** for help.

## The Financial Services Compensation Scheme may be able to consider a claim against this firm if it fails

Claims made in connection with regulated activities that this firm has permissions for may be covered by the Financial Services Compensation Scheme. If this firm has failed, you should contact the **Financial Services Compensation Scheme (https://www.fscs.org.uk/)** to find out if it can help.

## If you have a complaint about a firm

If you are concerned you've been scammed: consumers in England, Wales or Northern Ireland should immediately contact **FCA Contact Centre (https://fca.org.uk/contact)** and **Action Fraud (https://www.actionfraud.police.uk/)**; consumers in Scotland should immediately contact **FCA Contact Centre (https://fca.org.uk/contact)** and **Police Scotland. (https://www.scotland.police.uk)**

### Complain to the firm

12th Floor, The Broadgate Tower
20 Primrose Street
London
EC2A 2EW
UNITED KINGDOM

4402073824940

top

compliance@solo.com

**Report to the FCA**

If you have concerns about a firm listed on the Register, **contact the FCA directly. (https://www.fca.org.uk/contact)**

If you suspect you have been contacted by an unauthorised firm or individual carrying out an FCA-regulated activity, report it to us using **this form. (https://www.fca.org.uk/report-scam-unauthorised-firm-individual)**

## Help using the Register

If you have any concerns or difficulties using the Register you can contact the FCA and we will talk you through the record and answer any queries you may have.

# What can this firm do in the UK?

## Restrictions

Check the requirements placed on this firm. Requirements are restrictions governing the regulated activities that this firm can do.

## Client Money

This firm must protect the money it holds and/or controls on behalf of customers. It cannot lend this money or use it to finance its own business.

Specific requirements may change this firm's ability to hold and/or control client money – see below for details.

## Activities and services

Learn about the regulated activities that this firm has FCA and/or PRA permission to provide and other information related to specific non-regulated activities and services that may impact your business with a firm.

**What to do with this information**
These regulated activities are grouped into categories. You should check the specific activities within these categories relate to the business you want to do with the firm, not just the categories.

top

Firms we regulate may also carry out activities that are not regulated by either the FCA or the Prudential Regulation Authority (PRA). Complaints or claims about these unregulated activities may not be covered by the Financial Ombudsman Service (FOS) or the Financial Services Compensation Scheme (FSCS). If you are unsure whether an activity undertaken by a firm is regulated by us or the PRA, then you should ask the firm to confirm in writing what protections will be available to you if you need to make a complaint or claim compensation.

Once you have checked this page, you should contact the firm via their main contact details and ask them to confirm their permitted regulated activities.

If you don't understand whether the permissions cover the business you want to do, you should **contact the FCA. (https://www.fca.org.uk/contact)**

# Investments

### Arranging safeguarding and administration of assets

LIMITATIONS

## Customer Type

Eligible Counterparty
Professional

## Investment Type

Future (excluding a commodity future and a rolling spot forex contract)
Rights to or interests in investments (Contractually Based Investments)
Rights to or interests in investments (Security)
Share

## Limitation

Rights to or interests in (both).
Investment activity in "rights to or interests in investments (security)" and "rights to or interests in investments (contractually based investment)" is limited to the investment types granted for this activity.

top

### Safeguarding and administration of assets (without arranging)

LIMITATIONS

#### Customer Type

Eligible Counterparty
Professional

#### Investment Type

Future (excluding a commodity future and a rolling spot forex contract)
Rights to or interests in investments (Contractually Based Investments)
Rights to or interests in investments (Security)
Share

#### Limitation

Rights to or interests in (both).
Investment activity in "rights to or interests in investments (security)" and "rights to or interests in investments (contractually based investment)" is limited to the investment types granted for this activity.

## Other activities

### Agreeing to carry on a regulated activity

LIMITATIONS

#### Limitation

Limited to carry on regulated activities.
The firm can only agree to carry on the regulated activities specified in this Notice.

top

top

## Who is involved with activities at this firm?

## Individuals

Individuals currently and previously involved in regulated activities at this firm.

You should check the details of any individual that you want to carry out regulated activities on your behalf, especially their current roles and any disciplinary or regulatory action on their record.

## Previous

Showing 10 results out of 12

| Name | Individual reference number | Role |
|---|---|---|
| **Omar Husain Arti** | **OXH01086** | **CF29 Significant management** |
| **Anne Christine Stratford-Martin** | **ACS01197** | **CF3 Chief Executive** |
| | | **CF4 Partner** |
| | | **CF10 Compliance Oversight** |
| | | **CF10a CASS Oversight function** |
| | | **CF11 Money Laundering Reporting** |
| **. Telesto Cayman Limited** | **XXT01150** | **CF4 Partner** |
| **Anthony John Patrick Brereton** | **AJB01503** | **CF4 Partner** |
| **Nirav Patel** | **NXP01486** | **CF30 Customer** |
| **Jessica Spoto** | **JXS02525** | **CF30 Customer** |
| **JAMES MARTIN BROOM** | **JMB01505** | **CF10a CASS Oversight function** |

top

top

| Name | Individual reference number | Role |
|---|---|---|
| **Simon John Tweddle** | SJT01253 | **CF28 Systems and controls** |
| **Richard Harper** | RXH01388 | **CF4 Partner** |
| **Paul Kelly** | PXK01145 | **CF4 Partner** |
| | | **CF10a CASS Oversight function** |

## Who is this firm connected to?

## Regulators

Current and former regulators of this firm.

This table shows the former and current regulators of this firm, in the UK and in other European Economic Area (EEA) countries.

Showing 1 result out of 1

| Regulator | Effective from | Effective to |
|---|---|---|
| **Financial Conduct Authority** | 27 Aug 2014 | |

top