# Exhibit 48

# J.P.Morgan

ACCOUNT NUMBER: A  3048    94599

STATEMENT DATE: 11 APR 2013

```
SOLO CAPITAL PARTNERS LLP
4-6 THROGMORTON AVENUE
LONDON
EC2N 2DL
REF: PROPRIETARY DEPARTMENT
     "CLIENT ACCOUNT"                                        OMNIBUS A/C
```

PAGE    2

```
T/DATE   V/DATE  AT         BUY            SELL  CONTRACT DESCRIPTION             EX  TRADE PRICE  CC  DEBIT(DR)/CREDIT( )
-------- ------- --   ---------------  ---------------  ------------------------  --  -----------  --  ----------------------
11APR13          FQ         46                          20 SEP 13 AP MOLLER CSHA  7T  41166.32     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           46        20 SEP 13 AP MOLLER CSHA  7T  41166.32     DK
                                                        BCLEAR REGISTERED
11APR13          FQ         44                          20 SEP 13 AP MOLLER CSHA  7T  41166.33     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           44        20 SEP 13 AP MOLLER CSHA  7T  41166.33     DK
                                                        BCLEAR REGISTERED
11APR13          FQ         42                          20 SEP 13 AP MOLLER CSHA  7T  41166.34     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           42        20 SEP 13 AP MOLLER CSHA  7T  41166.34     DK
                                                        BCLEAR REGISTERED
11APR13          FQ         38                          20 SEP 13 AP MOLLER CSHA  7T  41166.35     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           38        20 SEP 13 AP MOLLER CSHA  7T  41166.35     DK
                                                        BCLEAR REGISTERED
                 M2        389*              389*                                    CLEARING FEES EU            38.90DR
                 M2                                     AVG LONG:     41166.31172     EXCHANGE FEES EU           116.70DR
                                                        AVG SHORT:    41166.31172                                    .00

11APR13          FQ         32                          20 DEC 13 AP MOLLER CSHA  7T  41239.58     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           32        20 DEC 13 AP MOLLER CSHA  7T  41239.58     DK
                                                        BCLEAR REGISTERED
11APR13          FQ         46                          20 DEC 13 AP MOLLER CSHA  7T  41239.59     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           46        20 DEC 13 AP MOLLER CSHA  7T  41239.59     DK
                                                        BCLEAR REGISTERED
11APR13          FQ         40                          20 DEC 13 AP MOLLER CSHA  7T  41239.60     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           40        20 DEC 13 AP MOLLER CSHA  7T  41239.60     DK
                                                        BCLEAR REGISTERED
11APR13          FQ         36                          20 DEC 13 AP MOLLER CSHA  7T  41239.61     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           36        20 DEC 13 AP MOLLER CSHA  7T  41239.61     DK
                                                        BCLEAR REGISTERED
                 M2        154*              154*                                    CLEARING FEES EU            15.40DR
                 M2                                     AVG LONG:     41239.59519     EXCHANGE FEES EU            46.20DR
                                                        AVG SHORT:    41239.59519                                    .00

11APR13          FQ         89                          21 JUN 13 AP MOLLER CSHB  7T  42821.28     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           89        21 JUN 13 AP MOLLER CSHB  7T  42821.28     DK
                                                        BCLEAR REGISTERED
11APR13          FQ         81                          21 JUN 13 AP MOLLER CSHB  7T  42821.29     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                           81        21 JUN 13 AP MOLLER CSHB  7T  42821.29     DK
                                                        BCLEAR REGISTERED
11APR13          FQ        111                          21 JUN 13 AP MOLLER CSHB  7T  42821.30     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                          111        21 JUN 13 AP MOLLER CSHB  7T  42821.30     DK
                                                        BCLEAR REGISTERED
11APR13          FQ        104                          21 JUN 13 AP MOLLER CSHB  7T  42821.31     DK
                                                        BCLEAR REGISTERED
11APR13          FQ                          104        21 JUN 13 AP MOLLER CSHB  7T  42821.31     DK
                                                        BCLEAR REGISTERED
                 M2        385*              385*                                    COMMISSION EU              616.00DR
```

Handwritten annotations in right margin:
- Com = 622.4
- execut= = 4000
- commission
- Com = 246.4
- execut= = 2000
- commission
- execut= = 2000