# Exhibit 49

# J.P.Morgan

ACCOUNT NUMBER: A  3048   94599

STATEMENT DATE: 13 JUN 2013

SOLO CAPITAL PARTNERS LLP
4-6 THROGMORTON AVENUE
LONDON
EC2N 2DL
REF: PROPRIETARY DEPARTMENT
     "CLIENT ACCOUNT"

OMNIBUS A/C

PAGE    2

| T/DATE | V/DATE | AT | BUY | SELL | CONTRACT DESCRIPTION | EX | TRADE PRICE | CC | DEBIT(DR)/CREDIT( ) |
|---|---|---|---|---|---|---|---|---|---|
|  |  | M2 |  |  | AVG LONG:      38655.33500 |  | EXCHANGE FEES | EU | 49.20DR |
|  |  |  |  |  | AVG SHORT:     38655.33500 |  |  |  | .00 |
| 13JUN13 |  | FQ | 89 |  | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.91 | DK |  |
| 13JUN13 |  | FQ |  | 89 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.91 | DK |  |
| 13JUN13 |  | FQ | 81 |  | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.92 | DK |  |
| 13JUN13 |  | FQ |  | 81 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.92 | DK |  |
| 13JUN13 |  | FQ | 111 |  | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.93 | DK |  |
| 13JUN13 |  | FQ |  | 111 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.93 | DK |  |
| 13JUN13 |  | FQ | 104 |  | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.94 | DK |  |
| 13JUN13 |  | FQ |  | 104 | 21 JUN 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40750.94 | DK |  |
|  |  | M2 | 385* | 385* |  |  | COMMISSION | EU | 616.00DR |
|  |  | M2 |  |  | AVG LONG:      40750.92597 |  | CLEARING FEES | EU | 38.50DR |
|  |  | M2 |  |  | AVG SHORT:     40750.92597 |  | EXCHANGE FEES | EU | 115.50DR |
| 13JUN13 |  | FQ | 89 |  | 20 DEC 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40861.28 | DK |  |
| 13JUN13 |  | FQ |  | 89 | 20 DEC 13 AP MOLLER CSHB BCLEAR REGISTERED | 7T | 40861.28 | DK |  |
|  |  | M2 | 89* | 89* |  |  | COMMISSION | EU | 142.40DR |
|  |  | M2 |  |  | AVG LONG:      40861.28000 |  | CLEARING FEES | EU | 8.90DR |
|  |  | M2 |  |  | AVG SHORT:     40861.28000 |  | EXCHANGE FEES | EU | 26.70DR |

*** PURCHASE & SALE ***

| T/DATE | V/DATE | AT | BUY | SELL | CONTRACT DESCRIPTION | EX | TRADE PRICE | CC | DEBIT(DR)/CREDIT( ) |
|---|---|---|---|---|---|---|---|---|---|
| 13JUN13 |  | FQ | 36 |  | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.87 | DK |  |
| 13JUN13 |  | FQ |  | 36 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.87 | DK |  |
| 13JUN13 |  | FQ | 32 |  | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.88 | DK |  |
| 13JUN13 |  | FQ |  | 32 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.88 | DK |  |
| 13JUN13 |  | FQ | 46 |  | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.89 | DK |  |
| 13JUN13 |  | FQ |  | 46 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.89 | DK |  |
| 13JUN13 |  | FQ | 42 |  | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.90 | DK |  |
| 13JUN13 |  | FQ |  | 42 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.90 | DK |  |
| 13JUN13 |  | FQ | 36 |  | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.91 | DK |  |
| 13JUN13 |  | FQ |  | 36 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.91 | DK |  |
| 13JUN13 |  | FQ | 40 |  | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.92 | DK |  |
| 13JUN13 |  | FQ |  | 40 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.92 | DK |  |
| 13JUN13 |  | FQ | 42 |  | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.93 | DK |  |
| 13JUN13 |  | FQ |  | 42 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.93 | DK |  |
| 13JUN13 |  | FQ | 46 |  | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.94 | DK |  |
| 13JUN13 |  | FQ |  | 46 | 21 JUN 13 AP MOLLER CSHA | 7T | 38550.94 | DK |  |
|  |  |  | 320* | 320* |  |  |  |  |  |