# Exhibit 89

Message
---
**From**: octave@hydracapitallimited.com [octave@hydracapitallimited.com]
**Sent**: 3/26/2015 8:03:39 AM
**To**: sunrisecross@sunrisebrokers.com
**CC**: trading@pacificindiallc.com
**Subject**: New Equity Order for 180,313 of CARLSBERG AS-B

Hi Sunrise Brokers,

Looking to BUY the following

180,313 CARLSBERG AS-B @ closing price for settlement date 31 March 2015

Can you let me know if you can help

Regards
The Proper Pacific LLC 401k Plan