# Exhibit 92

Message

**From:** Patrick Milne [patrickmilne@bastioncapital.co.uk]
**Sent:** 11/27/2014 11:48:54 AM
**To:** trading@pacificindiallc.com
**CC:** Adrian Milne [adrianmilne@bastioncapital.co.uk]
**Subject:** Re: CHR DC INterest

Hi

The cob price is 258.9

Thanks for the trade today.

Best regards

Pat

---

**From:** Patrick Milne
**Sent:** Thursday, November 27, 2014 02:23 PM
**To:** Patrick Milne; 'Trading' <trading@pacificindiallc.com>
**Cc:** Adrian Milne
**Subject:** RE: CHR DC INterest

You are filled there thanks

---

**From:** Patrick Milne
**Sent:** 27 November 2014 12:04
**To:** 'Trading'
**Cc:** Adrian Milne
**Subject:** RE: CHR DC INterest

Thnx for the interest will be back asap

Best

Pat

---

**From:** Trading [mailto:trading@pacificindiallc.com]
**Sent:** 27 November 2014 12:01
**To:** Patrick Milne
**Cc:** Adrian Milne
**Subject:** CHR DC INterest

The Proper Pacific LLC 401K Plan – PPL01 – is proposing to submit a trade approval request to Old Park Lane, as Guarantor, for the following Cash Equity Transaction:

- BUY CASH EQUITIES
- STOCK NAME – CHR HANSEN HOLDING A/S
- TICKER – CHR DC
- SHARES – 839,500
- PRICE: CLOSE OF BUSINESS
- TRADE DATE – 27 NOVEMBER 2014

PROPPACIF00001323

- SETTLEMENT DATE – 2 DECEMBER 2014

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Trading +44 (0) 207 256 ESTOX 3051 // Fixed Income 3052 // Commodity 3053 // Equity 3069

Bastion Capital London Ltd : 1st Floor 12 Nicholas Lane EC4 N7BN http://www.bastioncapital.co.uk
Bastion Group // Dubai : 2F Silver Tower Block I JLt 643605

Bastion Capital London Ltd is Authorised and Regulated by the Financial Conduct Authority. For more information about BCL, please visit our web site at www.bastioncapital.co.uk Internet communications are not secure and therefore BCL does not accept legal responsibility for the contents of this message. Although BCL operates anti-virus programmes, it does not accept responsibility for any damage whatsoever that is caused by viruses being passed. Any views or opinions presented are solely those of the author and do not necessarily represent those of BCL. Replies to this email may be monitored by BCL for operational or business reasons. No responsibility is accepted for the accuracy of the information or any prices quoted herein, and all opinions and estimates included herein constitute our judgement as of this date and are subject to change without notice. This material is not intended as an offer or solicitation to buy or sell any product referred to herein. We advise you to take independent legal and financial advice prior to entering into any transactions.