# Exhibit 94

# Bastion Capital London Ltd Equities Trade Confirmation



**Confirmation for client name:** The Proper Pacific LLC 401K Plan

Bastion Capital London has on your instructions arranged the following equities trade for you

**Trade date:** 27 November 2014

**Stock:** CHR HANSEN HOLDING A/S

**ISIN:** DK0060227585

**Ticker:** CHR DC

**Settlement date/ Stock purchase value date:** 2 December 2014

**Transaction:**

| B/S | Volume | Price |
|---|---|---|
| B | 839,500 | 258.90 |

**Trade currency:** DKK

**Arranging Broker:** Patrick Milne

**Arrangement fee:** DKK 2,716.83

Please notify any any errors or ommisions immediately to:

patrickmilne@bastioncapital.co.uk
12 Nicholas Lane
London EC4N 7BN
Mobile: +44 (0) 7866774717
Telephone: +44 (0) 2076210924
www.bastioncapital.co.uk

**Thank you for the trade**