# Exhibit 103

CONFIDENTIAL
Jens Brochner - April 29, 2021

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                   )
IN RE:                             )
                                   )
CUSTOMS AND TAX ADMINISTRATION OF  )
THE KINGDOM OF DENMARK             )
(SKATTEFORVALTNINGEN) TAX REFUND   )
SCHEME LITIGATION                  )
                                   )
_____)


```
************************************
*                                  *
*          CONFIDENTIAL            *
*                                  *
************************************
```

REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
JENS BROCHNER
DATE: April 29, 2021


REPORTED BY:  MICHAEL FRIEDMAN, CCR

CONFIDENTIAL
Jens Brochner - April 29, 2021

7 (Pages 22 to 25)

Page 22

1    Q   And the Minister of Finance and the
2  Minister of Taxation are different people at
3  any given point in time.
4        Is that correct?
5    A   Yes, that's correct.
6    Q   And so, the Ministry of Finance and
7  the Ministry of Taxation are distinct and
8  separate from each other.
9        Correct?
10       MR. OXFORD:  Object to the form.
11   A   Yes, it's correct.  But it's part
12 of the overall of all the ministries in
13 Denmark.
14   Q   So each Ministry in Denmark is part
15 of the government of the Kingdom of Denmark.
16       Correct?
17   A   Yes, that's correct.
18   Q   And each Ministry is distinct and
19 separate from each other, and distinct and
20 separate from the Kingdom of Denmark.
21       Correct?
22       MR. OXFORD:  Object to the form.
23   A   That's not correct.  That is -- you
24 cannot interpret it in that way.
25   Q   Why is that not correct?

Page 23

1        MR. OXFORD:  Objection.
2    A   So we have government of Ministers
3  in Denmark.  And each of the Ministers is a
4  part, or forms part, or is a member of the
5  Danish government.
6        And therefore, each Ministry is an
7  integral part of the Kingdom of Denmark.
8    Q   The Ministry of Finance is
9  responsible for funding the government of the
10 Kingdom of Denmark.
11       Correct?
12   A   That's not correct.  So it's not
13 correct.
14       Revenues come from the Ministry of
15 Taxation, and it appears from the annual
16 finance bills.
17   Q   So SKAT's job is to collect tax
18 revenue.
19       Correct?
20       MR. OXFORD:  Object to form.
21   A   Yes, it's correct.  And it's not --
22 it's correct, and it's -- in order to fund
23 the expenditure, the Danish government passes
24 legislation, yeah.
25   Q   After SKAT collects tax revenue, it

Page 24

1  provides that revenue to the Ministry of
2  Finance.
3        Correct?
4    A   So according to Danish constitution
5  or under the Danish constitution, the
6  government has to present a finance bill once
7  a year.  And the finance bill includes all
8  the taxes, direct and indirect taxes, that
9  the SKAT is responsible for collecting.
10       And in the finance bill is all the
11 expenditure that the Danish government wants
12 to pay for.  And formally, it's the Finance
13 Minister who presents the finance bill.
14       The taxes and revenues are
15 collected by the Ministry of Taxation, and
16 that's by law in Denmark.
17   Q   And the Ministry of Taxation then
18 remits the tax revenue to the Ministry of
19 Finance to deposit into the public accounts.
20       Correct?
21       MR. OXFORD:  Objection.
22   A   The Ministry of Taxation collects
23 the funds and deposits the funds in the -- in
24 an account with the Danish Central Bank.  So
25 the Finance Ministry is authorized to spend

Page 25

1  the money according to the finance bill, the
2  money collected, as I explained.
3    Q   Does the Ministry -- I apologize.
4        Are you done?
5    A   I'm done.
6    Q   Okay.  Does the Ministry of Finance
7  have exclusive authority to spend the money
8  in that -- in that account with the Danish
9  Central Bank?
10   A   So the Ministry of Finance has only
11 authority to spend money if it is under the
12 Finance -- to spend money under the Finance
13 Act that has been passed by the Danish
14 Parliament or a separate -- separate law that
15 has been passed by the Danish Parliament.
16       THE VIDEOGRAPHER:  Stand by.  The
17    time is 6:41 a.m. New York time and
18    we're going off the record.
19       (Whereupon a discussion was held
20    off the record.)
21       THE VIDEOGRAPHER:  Stand by.  The
22    time is 6:43 a.m. New York time and
23    we're back on record.
24   Q   Does the money in the account in
25 the Danish Central Bank belong to SKAT?

Page 26

```
 1        MR. OXFORD:  Objection.
 2    A    It belongs to the Kingdom of
 3 Denmark.  It's important to me to say that
 4 you cannot pay any expenditure in Denmark
 5 unless it's passed by law, it's been enacted
 6 in Denmark, and that is through the finance
 7 bill.
 8        And in the finance bill is a
 9 specification of -- or appears the taxes,
10 direct and indirect taxes, and the Minister
11 of Taxation is responsible for collecting
12 those taxes.
13    Q    Does SKAT have any discretion as to
14 what to do with the money it collects?
15    A    No.  Because, as I said before, the
16 expenditure must appear from the finance
17 bill.
18    Q    Is SKAT's budget set by the finance
19 bill?
20    A    Yes, that's correct.
21    Q    Okay.  The amount of tax revenues
22 that SKAT collects each year varies, right,
23 varies from year to year?
24    A    Yes, the revenues may vary from
25 year to year, partly because of different
```

Page 27

```
 1 cycles, economic cycles from year to year.
 2 But the rules have been laid down by law, and
 3 for an individual person with unchanged
 4 income will pay the same tax year after year.
 5    Q    But SKAT doesn't have an obligation
 6 to pay specific amounts to the Ministry of
 7 Finance in a particular year.
 8        Correct?
 9        MR. OXFORD:  Objection.
10    A    I think the question is unclear.
11 The Ministry of Taxation has an obligation to
12 collect taxes, direct and indirect taxes.
13 Yeah.
14        So the Ministry of Taxation has an
15 obligation to collect taxes according to
16 applicable rules.  And these revenues appear
17 from the finance bill.
18        MR. OXFORD:  Could I just
19     interject?  I think we have a little
20     issue with the translation.  Can we go
21     off the record for a moment?
22        THE VIDEOGRAPHER:  Stand by.  The
23     time is 6:49 a.m. New York time and
24     we're going off the record.
25        (Whereupon a discussion was held
```

Page 28

```
 1     off the record.)
 2        THE VIDEOGRAPHER:  Stand by.  The
 3     time is 6:50 a.m. New York time and
 4     we're back on record.
 5    Q    So the question was whether SKAT
 6 has an obligation to pay a specific amount to
 7 the Ministry of Finance in a particular year?
 8        MR. OXFORD:  Objection to form.
 9    A    I think the question is unclear.
10        MR. OXFORD:  Can you rephrase,
11     Alan?  Maybe that will -- were you done?
12        MR. SCHOENFELD:  Sure.
13    Q    Whatever SKAT collects gets handed
14 over to the Ministry of Finance.
15        Correct?
16    A    So it's collected and deposited in
17 an account with the Central Bank.  And as I
18 said before, as I said, the authorization and
19 all expenditure is stated or included in the
20 finance bill.
21        If there's one year where the
22 revenue does not correspond to the expected
23 revenue as in all -- like in all other
24 countries, it is reflected in the balance and
25 is reflected in the debts, national debt
```

Page 29

```
 1 account.  And in the finance bill is expected
 2 revenue and expected expenditure, and the
 3 difference is the public sector deficit or
 4 surplus.
 5    Q    Does SKAT suffer any direct
 6 financial loss if there's a shortfall in tax
 7 collections?
 8        MR. OXFORD:  Objection to the form.
 9    A    So SKAT is an integral part of the
10 Danish government, and therefore, there's a
11 loss to the Danish population, the people of
12 Denmark, if revenues are not as anticipated.
13    Q    Okay.  All right.  Let's go back to
14 your arrival at SKAT in 2012.
15        MR. OXFORD:  Objection to the form.
16     I think you mean the Ministry.
17    Q    So when you arrived at the Ministry
18 of Taxation in 2012, what were your
19 responsibilities?
20    A    I was hired as a permanent
21 secretary.
22    Q    And so, as permanent secretary,
23 what were your responsibilities?
24    A    I was the top administrative
25 employee, public employee.  I was the top
```

Page 102

1      you please repeat the question?
2      Q    Is it a man or a woman?
3      A    It must be a lady, a woman.
4      Q    In what context do you recall her
5  name coming up?
6      A    As one of the employees, head of
7  departments, or entities that were included
8  in this case.
9      Q    Mr. Brochner, can you -- could you
10 please turn to Tab 3004 in your binder -- I
11 apologize, no.  Tab 3005.
12          MR. SCHOENFELD:  Mark this as 3005.
13          (Whereupon the above mentioned was
14     marked for Identification.)
15     A    So it's a memo of the system, the
16 8th of August, '14.
17          Is that correct?
18     Q    Correct.
19     A    So we have it.
20     Q    Mr. Brochner, does this form of
21 memorandum look familiar to you?
22     A    No, it isn't.  But I can see that
23 on the page, what it concerns.
24     Q    Okay.  In the upper right-hand
25 corner, as I understand it, it says,

Page 103

1  "Recovery, Payment, and Accounting."
2          Is that right?
3      A    Yes, that's correct.
4      Q    What is "Recovery?"
5      A    So it's the area in SKAT that
6  belongs to the department, Payment
7  and -- Payment and Accounts.  And the top of
8  the -- of that area is a member of the
9  executive board of SKAT.
10     Q    What is the function of the
11 Recovery area?
12     A    It's an area of SKAT that is to
13 collect tax debt that has not offhand been
14 paid.
15     Q    Can you explain that?
16     A    It's -- yeah.  So it's -- they are
17 to recover unpaid taxes, so payment and taxes
18 at deputy director area, underneath, ranking
19 below Recovery, the Recovery department.
20     Q    You said that Recovery is meant to
21 assist with the collection of tax debt that
22 has not offhand been paid.
23          Is that correct?
24          MR. OXFORD:  Objection to form.
25     A    Yes, that's correct.  But I don't

Page 104

1  think you exactly understand the structure of
2  SKAT at the time.
3          The Recovery area has separate
4  directors, as -- yeah.  So Recovery is a
5  separate director area.  It has a separate
6  director and so does Payment and Accounts.
7          THE INTERPRETER:  Is that correct?
8      Yeah.
9      Q    To the best of your knowledge, who
10 would have reviewed this report after its
11 production?
12          MR. OXFORD:  Object to the form.
13     A    That would have been the director
14 of Payment and Accounts.
15     Q    And it's -- do you understand the
16 reference to "SAP 38" in the first sentence?
17     A    It's an abbreviation of the system
18 that's used to prepare SKAT's accounts.
19     Q    Okay.  So lower down on the page --
20     A    The headline --
21          THE INTERPRETER:  He's adding
22     something.
23     A    And the headline is also approval
24 of accounts.  It's the headline of the letter
25 of the report.

Page 105

1      Q    That's the title of the report for
2  the period ending July 2014?
3      A    Yeah, that's correct.
4      Q    So is this report seeking approval
5  of something or is it approving something?
6          MR. OXFORD:  Object to form.
7      A    So it approves the accounts for
8  July 2014.  And it says that the accounts are
9  correct.
10     Q    Which particular accounts?
11     A    So it's for dividends.
12     Q    The report notes that as of
13 July 31, 2014, 4.8 billion kroner has been
14 paid out in reimbursement to foreign
15 shareholders.
16          Is that right?
17     A    Yes, that's correct.
18     Q    And it then says that for the
19 entire year of 2013, 2.8 billion kroner was
20 paid out?
21     A    Yes, that's correct.
22     Q    It then says that one reason for
23 this increase may be that several U.S.
24 pension funds are purchases in Danish
25 companies.

Page 110

1  certain that twice there was an investigation
2  of the increase in dividend refunds in 2014.
3  And that's probably the background for how
4  it's stated in this memo and the two last
5  paragraphs on the first page.
6      Q    So it was -- I apologize.  Go
7  ahead.
8      A    You'd have to make an investigation
9  to make a conclusion that's stated in the
10 memo in these two paragraphs.
11     Q    So you said that you were aware
12 that there was two investigations of the
13 increase in 2014.  And one of them you say
14 predated this memo.
15          Correct?
16     A    I'd like to make it clear that with
17 the knowledge I've got after August '15,
18 there were presumably two investigations
19 being -- that were made to find out why there
20 was such an increase in dividend refunds or
21 dividend tax refunds.
22     Q    Are there documents reflecting
23 these two investigations from 2014 about the
24 increase in dividend withholding tax refunds?
25     A    I don't recall what written

Page 111

1  material is available on that.  But this memo
2  covers an approval of accounts on, of, or for
3  July 2014.
4           And the two last paragraphs on the
5  first page make a conclusion on an
6  investigation of why there was an increase.
7      Q    Sitting here today, are you aware
8  of any steps that were taken in response to
9  these two investigations concerning the
10 increase in refunds being paid to U.S.
11 pension plans?
12     A    I think I have answered this
13 already.  But in order to assess this based
14 on -- on this conclusion, to make an
15 investigation, you have to -- they have
16 looked into the formal third-party
17 documentation received from the custodian
18 banks in order to confirm that it was U.S.
19 pension funds, pension plans.
20     Q    Okay.  You referenced earlier a tip
21 that SKAT received in June of 2015 regarding
22 a potential fraud.
23          Correct?
24          MR. OXFORD:  Objection.  Misstates
25     the witness' testimony.

Page 112

1      A    Well, that's correct.
2      Q    And do you recall specifically
3  where the tip came from?
4      A    No, I don't remember that.  But it
5  was our nation's feeling that other states
6  were assisting Denmark.
7      Q    Do you recall the date when you
8  learned about the tip that SKAT had received?
9      A    As I said before, the director of
10 SKAT called me on Wednesday or Thursday
11 evening.  I think it was -- it was around the
12 20th of August.
13          And he said that on the basis of
14 this tip, they had stopped disbursement of
15 refunds of dividend withholding tax.
16     Q    So you first learned about this
17 after SKAT had stopped paying refunds.
18          Is that correct?
19     A    Yes, that's correct.
20     Q    Do you know how long it was between
21 when SKAT first learned about the potential
22 fraud from a tipster and when it shut down
23 the refund process?
24     A    So, again, best of my recollection,
25 the tip was received in early July, and they

Page 113

1  stopped disbursement in August -- in early
2  August.
3      Q    So it was a pretty quick turnaround
4  between the tip and shutting down the
5  process.
6           Is that right?
7      A    I think at least some people in
8  Denmark thought that it was too long a time.
9      Q    Do you know what the process was
10 between the tip and SKAT shutting down the
11 refund process.
12          Do you know what happened in those
13 few weeks?
14     A    So, no.  The tip was -- was very
15 specific, so there was a possibility of
16 investigating it.  But even after the stop,
17 there was very close collaboration and work
18 with the police, and it was not very easy for
19 SKAT or for SOIK, which is the Special
20 Economic Department of Danish Police, to find
21 out what happened in this matter.
22     Q    Had SKAT reached a conclusion about
23 what had happened in this matter at the time
24 it decided to shut down the process?
25     A    No.