# Exhibit 59



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 06, 2014 through August 29, 2014
Account Number: 

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00071345 DRE 802 210 24214 NNNNNNNNNNN 1 000000000 69 0000
BLACKRAIN LLC
31 W 21ST ST APT 2N
NEW YORK NY 10010-7044



## We will be updating your Business Deposit Account Agreement

Effective November 16, 2014, we will be updating your agreement. The updated agreement will explain that if you allow anyone to use your bank Card, or if you don't exercise ordinary care (examples of not exercising ordinary care: if you keep your PIN with your Card, or select your birthday as your PIN) you will be responsible for all authorized and unauthorized transactions. Please see Section I of the Electronic Funds Transfer Terms. You can review your agreement by logging on to chase.com or visiting a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 3 | 646,035.92 |
| Electronic Withdrawals | 3 | - 176,000.00 |
| Fees and Other Withdrawals | 2 | - 30.00 |
| Ending Balance | 8 | $470,005.92 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | Transfer From Chk | $1,500.00 |
| 08/22 | Chips Credit Via: Northern Trust International B/0112 B/O: Schmel Investments Ltd, Wn - Vg1110 British Virgin Islands Ref: Nbnf=Blackrain LLC New York, NY 100107044/Ac-000000006201 Org=/0204420318566001 Wn - Vg1110 British Virgin Islands Ogb=Caledonian Bank Ssn: 0205660 Trn: 3717400234Fc | 325,000.00 |
| 08/26 | Fedwire Credit Via: Barclays Bank Plc/026002574 B/O: Equilibrium Ventures Limited GA Ref: Chase Nyc/Ctr/Bnf=Blackrain LLC New York, NY 100107044/Ac-000000006201 Rfb=Pcl006550238 Obi=Pay 1 Bbi=/Chgs/USD20,00/Ocmt/Gbp193870,00/Imad: 0826Mmqfmpec002947 Trn: 1668509238Ff | 319,535.92 |
| | **Total Deposits and Additions** | **$646,035.92** |

Page 1 of 4

CONFIDENTIAL    JPM00002214

## CHASE ◯

August 06, 2014 through August 29, 2014
Account Number:

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/25 | 08/25 Online Transfer To Chk | Transaction#: 4113865205 | $26,000.00 |
| 08/25 | 08/25 Online Transfer To Chk | Transaction#: 4113867846 | 70,000.00 |
| 08/25 | 08/25 Online Transfer To Chk | Transaction#: 4113870929 | 80,000.00 |
| **Total Electronic Withdrawals** | | | **$176,000.00** |

### FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | Incoming Domestic Wire Fee | $15.00 |
| 08/26 | Incoming Domestic Wire Fee | 15.00 |
| **Total Fees & Other Withdrawals** | | **$30.00** |

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/06 | $1,500.00 |
| 08/22 | 326,485.00 |
| 08/25 | 150,485.00 |
| 08/26 | 470,005.92 |

### SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 3 |
| Deposited Items | 0 |
| **Transaction Total** | **3** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 4

CONFIDENTIAL                                                     JPM00002215

# CHASE

August 06, 2014 through August 29, 2014
Account Number:

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   Step 1 Balance: $_____
2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total: $_____
4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

SB1169549-F4

119

CONFIDENTIAL

JPM00002216



August 06, 2014 through August 29, 2014
Account Number:

This Page Intentionally Left Blank

Page 4 of 4

SB1169549-F4                                               120

CONFIDENTIAL                                        JPM00002217