# Exhibit 77

Roadcraft Tech LLC Roth 401(K) Plan
425 Park Avenue
New York
NY 10022
United States of America

ROA01 - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Aug-14 | Cash | Opening Balance | 0.00 | | 0.00 |
| 07-Jan-14 | Cash | GOAL Tax Reclaim - TDC A/S | 1,125,576.51 | | 1,125,576.51 |
| 12-Jan-15 | Cash | GSS Invoice 00547 - PAID ON BEHALF | | -851,419.46 | 274,157.05 |
| 10-Feb-15 | FX | FX to USD @ 6.5679 | | -274,157.05 | 0.00 |
| 15-Jun-15 | | Closing Balance | | | 0.00 |

ROA01 - EUR Account

| 01-Aug-14 | Cash | Balance Brought Forward | 0.00 | | 0.00 |
|---|---|---|---|---|---|
| 15-Jun-15 | | Closing Balance | | | 0.00 |

ROA01 - GBP Account

| 01-Aug-14 | Cash | Balance Brought Forward | 0.00 | | 0.00 |
|---|---|---|---|---|---|
| 15-Jun-15 | | Closing Balance | | | 0.00 |

ROA01 - USD Account

CONFIDENTIAL
WH_MDL_00022067

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Aug-14 | Cash | Balance Brought Forward | 0.00 | | 0.00 |
| 06-Aug-14 | Trade | Cash Receipt | 39,989.88 | | 39,989.88 |
| 07-Aug-14 | Trade | Trading Fees @ 1.3351 | | -4,025.33 | 35,964.55 |
| 12-Aug-14 | Trade | Trading Fees @ 1.3360 | | -668.00 | 35,296.55 |
| 31-Aug-14 | Trade | OPL TAS Platform Fee - August 14 | | -1,969.80 | 33,326.75 |
| 30-Sep-14 | Trade | OPL TAS Platform Fee - September 14 @ 1.2629 | | -1,894.35 | 31,432.40 |
| 31-Oct-14 | Trade | OPL TAS Platform Fee - October 14 @ 1.2525 | | -1,878.75 | 29,553.65 |
| 05-Nov-14 | Trade | Trading Fees @ 1.2492 | | -4,390.94 | 25,162.71 |
| 25-Nov-14 | Trade | Bastion Capital London Q3 Broker Fee - PAID ON BEHALF | | -305.14 | 24,857.57 |
| 30-Nov-14 | Trade | OPL TAS Platform Fee - November 14 @ 1.2485 | | -1,867.80 | 22,989.77 |
| 31-Dec-14 | Trade | OPL TAS Platform Fee - December 14 @ 1.2098 | | -1,814.70 | 21,175.07 |
| 13-Jan-15 | Invoice | Ballygate Capital Limited Q4 Broker Fee - PAID ON BEHALF | | -256.22 | 20,918.85 |
| 31-Jan-15 | Trade | OPL TAS Platform Fee - January 15 @ 1.1341 | | -1,701.15 | 19,217.70 |
| 10-Feb-15 | FX | FX from DKK @ 6.5679 | 41,741.96 | | 60,959.66 |
| 11-Jun-15 | Invoice | TJM Invoice paid on behalf | | -2,791.16 | 58,168.50 |
| 11-Jun-15 | Invoice | Sunrise Brokers Invoice paid on behalf | | -1,478.36 | 56,690.14 |
| 11-Jun-15 | transfer | Transfer to Solo Capital | | -56,690.14 | -0.00 |
| 15-Jun-15 | | Closing Balance | | | -0.00 |

CONFIDENTIAL

WH_MDL_00022068