# Exhibit 22

```
 1               UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2                 CASE NO.  18-MD-2865 (LAK)

 3    _____
                                             )
 4    IN RE:                                 )
                                             )
 5    CUSTOMS AND TAX ADMINISTRATION OF      )
      THE KINGDOM OF DENMARK                 )
 6    (SKATTEFORVALTNINGEN) TAX REFUND       )
      SCHEME LITIGATION                      )
 7    _____)

 8

 9

10

11

12

13               C O N F I D E N T I A L

14

15

16

17

18      REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

19                     EXAMINATION OF

20                        EMRE CARR

21

22                   DATE: April 1, 2022

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Emre Carr - April 1, 2022

```
 1    E M R E   C A R R,

 2            called as an expert witness, having been

 3    first duly sworn according to law, testifies as

 4    follows:

 5

 6

 7

 8    EXAMINATION BY MR. WEINSTEIN:

 9        Q    Good morning, Dr. Carr?

10        A    Good morning.

11        Q    Throughout the day today, I'll be

12    asking you questions.  And for the sake of

13    Michael Friedman, the court reporter, please

14    let me finish my questions before you answer

15    and I will try to let you finish your answers

16    before I go on.

17            If both of us fail or one of us

18    fails on that, we will certainly hear about

19    it from Mike.  So let's do our best there.

20            If you have any trouble either

21    understanding one of my questions or hearing

22    my questions, please ask me to either clarify

23    or to restate it so that when you do answer,

24    we understand that you have understood the

25    question and heard the question fully.
```

CONFIDENTIAL
Emre Carr – April 1, 2022

```
1     familiar with the terms "front office,"
2     "middle office," and "back office?"
3         A    Yes.
4         Q    Do you have any experience working
5     in a front office?
6         A    As I -- as I said earlier, I have
7     not worked at the financial services company
8     as an employee.  So in that regard, I have
9     not worked in either of the -- I've not
10    worked at the front office.
11        Q    Is it fair to say then you also
12    haven't worked in a middle office or a back
13    office?
14        A    I have not worked in middle office
15    or back office because I have not worked
16    with -- worked for -- I shouldn't have said
17    "with" -- I have not worked for a financial
18    services company.
19        Q    Do you have any work experience
20    executing trades in a broker role?
21        A    Along the same lines, since I have
22    not worked for a broker, I have not executed
23    any trades as a broker.  But again, my -- my
24    consulting engagement again involved analysis
25    of trade execution in many securities and
```

CONFIDENTIAL
Emre Carr - April 1, 2022

1    not on the confirmation ticket?

2         A    It would help me to answer the

3    question if you tell me what term, if you

4    have a specific term in mind, and I can tell

5    you where to find it.

6              But the -- the parameters of the

7    trade -- you know, the ones I spelled out

8    earlier like price, number of shares, ticker

9    identifier, time stamp, et cetera, these type

10   of trade information that pertains to this

11   particular transaction, are going -- are on

12   trade confirmations and broader terms of the

13   trade that applies to other trades, or, you

14   know, many trades under that account would be

15   in the account agreement and agreements of

16   that nature, as opposed to the trade

17   confirmation.

18        Q    Do you have any prior experience in

19   designing or executing dividend arbitrage

20   strategies?

21        A    Only academically.  So now, not in

22   designing or executing.

23        Q    What's been your experience

24   academically with dividend arbitrage

25   strategies?

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 84

```
 1        A     You know, as an academic, I
 2   conducted research into these type of
 3   questions.
 4        Q     Other than your work for this
 5   particular case, what research have you done
 6   on dividend arbitrage strategies?
 7        A     Over the years, I have looked at
 8   stock prices around the dividend dates, and
 9   you know, how investors conduct trading
10   strategies based on that.
11        Q     You've done that for what purpose
12   in your career?
13        A     Not for the purpose of publication.
14        Q     Have you published work on prices
15   around the dividend arbitrage -- I'm sorry.
16              Have you published works on stock
17   prices around dividend dates and dividend
18   arbitrage strategies?
19        A     No.
20        Q     So what work were you referring to
21   as being published in that context?
22        A     Work that I have done that didn't
23   result -- that did not result in a
24   publication.
25        Q     What work did you do on dividend
```

```
1    arbitrage strategies, other than for this

2    case, that did not result in publication?

3              MS. LICHTENSTEIN:  Objection.

4         A    I'm not sure I understood the

5    question.  But I think I -- I mentioned the

6    entirety of my -- my work experience on

7    dividend arbitrage.

8              But there's nothing else, or you

9    can repeat the question and I can be more

10   precise.

11        Q    Well, I'm trying to get an

12   understanding of what your work experience

13   has been with dividend arbitrage strategies.

14             Can you identify any particular

15   research you've done, other than for this

16   case, on dividend arbitrage strategies?

17        A    I believe I answered that question.

18   I'm saying I don't have anything more to say,

19   which is I have done research and they did

20   not lead to publications.

21             That's what I had understood

22   partly.

23        Q    Right.  What was the research that

24   you were doing on dividend arbitrage

25   strategies that ultimately did not end up in
```

```
1    a publication?

2         A    I was understanding the changes in

3    stock prices and the associated volumes of

4    trading on ex-dividend dates.

5         Q    What markets were you looking at

6    for your research on stock prices and volumes

7    around ex-dividend dates?

8         A    No particular market.  U.S. and

9    Europe, primarily.

10        Q    When did you perform this research?

11        A    Many years ago and I was a

12   full-time academic.

13        Q    So, just approximately, when was

14   that?

15        A    You know, 2000, 2005, maybe.  You

16   know, in that time frame.

17        Q    The early 2000s, generally?

18        A    Early to mid, yes.

19        Q    What's your general understanding

20   of dividend arbitrage?

21        A    Dividends -- taxation on dividends

22   vary across various types of market

23   participants.  The, you know, corporations

24   and individuals differ in their marginal tax

25   rates.
```