# Exhibit 21

**Arnold & Porter Kaye Scholer LLP**

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | |
| | 2632796 | 5/4/2010 | | - | $268.55 | ($268.55) | 5/4/2010 | - | |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | |
| | 2756477 | 12/10/2013 | | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | |
| | General - Total | | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |
| | GRAND TOTAL | | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**WH_MDL_00355007**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 4, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                          **Invoice#:** 626801
**Our File Number:** 00647/0001                              **PAGE:**    1

===============================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

===============================================================

|            |                          | Hours |
|------------|--------------------------|------:|
| 01/12/2010 | Ben-Jacob, Michael       | 1.00  |
| 01/21/2010 | Ben-Jacob, Michael       | 0.67  |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
| 02/02/2010 | Migliaccio, Christopher  | 2.75  |
| 02/03/2010 | Migliaccio, Christopher  | 1.00  |
| 02/04/2010 | Migliaccio, Christopher  | 1.50  |
| 02/05/2010 | Ben-Jacob, Michael       | 0.17  |
| 02/05/2010 | Migliaccio, Christopher  | 2.75  |
| 02/11/2010 | Ben-Jacob, Michael       | 0.25  |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      March 4, 2010

   **RE:** General                                            **Invoice#:** 626801
   **Our File Number:** 00647/0001                          **PAGE:**    2

===============================================================================

            █████████████████████████████████████████

02/11/2010  Migliaccio, Christopher                                    3.50

            ████████████████████████████████████████████████

                                                              ----------
                            Total Hours.................    13.75
               Fees through 02/28/2010....................................    $6,026.25


        *---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 2.25 | $1,541.25 |
| Migliaccio, Christopher | 390.00 | 11.50 | 4,485.00 |
| Fees through 02/28/2010.............. | | 13.75 | $6,026.25 |


       Fees this Invoice.........................................................................    $6,026.25
       **Total Due this Invoice..............................................................**    **$6,026.25**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

    **RE:** General                                          **Invoice#:** 626801
    **Our File Number:** 00647/0001                          **PAGE:**    3

=========================================================================

<u>Kaye Scholer LLP</u>

    425 Park Avenue
    New York, NY  10022-3598
    212-836-8000
    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355010**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        April 12, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|            |                       | Hours |
|------------|-----------------------|-------|
| 01/20/2010 | Tuchman, L.           | 0.50  |
| 01/20/2010 | Tuchman, L.           | 0.50  |
| 01/20/2010 | Tuchman, L.           | 0.58  |
| 01/21/2010 | Ben-Jacob, Michael    | 0.67  |
| 01/21/2010 | Tuchman, L.           | 0.17  |
| 01/21/2010 | Tuchman, L.           | 0.17  |
| 01/21/2010 | Tuchman, L.           | 0.17  |
| 02/02/2010 | Ben-Jacob, Michael    | 1.00  |
| 03/16/2010 | Ben-Jacob, Michael    | 0.75  |

03/16/2010  Ben-Jacob, Michael  Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    April 12, 2010

RE: General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

| 03/16/2010 | Benson, Gregg M | 2.50 |
|---|---|---|
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours.................    13.01

Fees through 03/31/2010....................................    $8,723.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

===============================================================================
**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              WH_MDL_00355012

KAYE SCHOLER LLP

TO:    Argre Management LLC                                   April 12, 2010

RE: General                                          Invoice#: 631064
Our File Number: 00647/0001                               PAGE:    3

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due........................................................ | | $6,026.25 |
| | | |
| Fees this Invoice........................................................ | | $8,723.50 |
| Total Due this Invoice.................................................. | | $8,723.50 |
| Prior Balance Due (from above)....................................... | | 6,026.25 |
| **TOTAL DUE**........................................................ | | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355013

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              April 12, 2010

   **RE:** General                                                    **Invoice#:** 631064
   **Our File Number:** 00647/0001                                    **PAGE:**   4

===============================================================================

Kaye Scholer LLP

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      May 4, 2010
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com
        Attn: John H. van Merkensteijn, III


**RE:** General                                          **Invoice#:** 632796
**Our File Number:** 00647/0001                              **PAGE:**   1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010


On-Account Fees.................................................    $268.55

Adjusted Fees...............................................            $268.55

**Total Due this Invoice...............................................**    **$268.55**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 632796
Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355016**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 10, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|  |  | Hours |
|---|---|---|
| 04/16/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████ | |
| 04/19/2010 | Ben-Jacob, Michael | 1.08 |
| | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████ | |
| 04/22/2010 | Tuchman, L. | 0.33 |
| | ██████████████████████████ | |
| 04/23/2010 | Ben-Jacob, Michael | 2.17 |
| | ██████████████████████████ | |
| 04/23/2010 | Tuchman, L. | 4.25 |
| | ██████████████████████████ | |
| 04/26/2010 | Ben-Jacob, Michael | 1.17 |
| | ██████████████████████████ | |
| 04/27/2010 | Ben-Jacob, Michael | 0.25 |
| | ██████████████████████████ | |

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                      May 10, 2010

RE: General                                                     **Invoice#:** 633095
**Our File Number:** 00647/0001                                 **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

| 04/27/2010 | Schneider, W.H. | 0.25 |
|---|---|---|

| 04/27/2010 | Tuchman, L. | 4.58 |
|---|---|---|

| 04/28/2010 | Ben-Jacob, Michael | 0.25 |
|---|---|---|

04/28/2010   Tuchman, L.                                                  4.25
            Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
            conference call with potential investor; office conferences with M. Ben-
            Jacob re: proposed structure; revision of steps outline and charts; research
            carried interest issues and office conference with G. Benson.

| 04/29/2010 | Ben-Jacob, Michael | 0.83 |
|---|---|---|

| 04/29/2010 | Schneider, W.H. | 0.25 |
|---|---|---|

| 04/29/2010 | Tuchman, L. | 1.83 |
|---|---|---|

                                              Total Hours................   22.99

                    Fees through 04/30/2010...................................   $18,940.05


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 5.75 | $3,938.75 |
| Schneider, W.H. | 875.00 | 0.50 | 437.50 |
| Tuchman, L. | 870.00 | 16.74 | 14,563.80 |
| Fees through 04/30/2010............... | | 22.99 | $18,940.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    May 10, 2010

    **RE:** General                                              **Invoice#:** 633095
    **Our File Number:** 00647/0001                             **PAGE:**    3

---

    \*------------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------\*
         Meals                                            $77.90
                  ------------------
           Total Costs through 04/30/2010........................    $77.90

| | | |
|---|---:|---:|
| Fees this Invoice.................................................... | $18,940.05 | |
| Less Discount of................................................. | (3,000.00) | |
| Adjusted Fees........................................................... | | $15,940.05 |
| Costs this Invoice...................................................... | | $77.90 |
| Total Due this Invoice............................................... | | $16,017.95 |
| Applied On-account Value......................................... | | (268.55) |
| **TOTAL DUE**........................................................... | | **$15,749.40** |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    May 10, 2010

    **RE:** General                                    **Invoice#:** 633095
    **Our File Number:** 00647/0001                        **PAGE:**    4

===========================================================================

Kaye Scholer LLP

                                  425 Park Avenue
                                  New York, NY  10022-3598
                                  212-836-8000
                                  Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                        June 8, 2010
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                              **Invoice#:** 635694
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|  |  | Hours |
|---|---|---|
| 03/01/2010 | Veillette, Rebecca | 1.50 |
| 03/01/2010 | Veillette, Rebecca | 1.00 |
| 03/03/2010 | Veillette, Rebecca | 0.17 |
| 04/25/2010 | Tuchman, L. | 2.75 |
| 04/26/2010 | Tuchman, L. | 3.83 |
| 04/30/2010 | Tuchman, L. | 1.33 |
| 05/02/2010 | Tuchman, L. | 1.75 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    June 8, 2010

    **RE:** General                                        **Invoice#:** 635694
    **Our File Number:** 00647/0001                        **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

05/03/2010  Tuchman, L.                                                  0.75
            Telephone conferences with M. Stein and J. Van Merkensteijn.
05/03/2010  Benson, Gregg M                                              4.00

            ████████████████████████████████████████████████████████

05/04/2010  Tuchman, L.                                                 0.75

            ████████████████████████████████████████████████████████

05/05/2010  Tuchman, L.                                                 0.75

            ████████████████████████████████████████████████████████

05/05/2010  Woodard, A.F.                                              1.75
            Office conference M. Ben-Jacob; telephone conference client and review
            of material re investments.
05/06/2010  Tuchman, L.                                                1.00

            ████████████████████████████████████████████████████████

05/06/2010  Woodard, A.F.                                              1.50
            Review of material re possible investment strategies.
05/07/2010  Woodard, A.F.                                              0.67

            ████████████████████████████████████████████████████████

05/09/2010  Tuchman, L.                                                1.00

            ███████████████████████

05/10/2010  Woodard, A.F.                                              0.25

            ███████████████████████
                                                                    -----------
                                        Total Hours................  24.75

                Fees through 05/31/2010...................................  $19,094.80


        *--------------------------------TIME AND FEE SUMMARY--------------------------------*

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                          June 8, 2010

    **RE:** General                                                                    **Invoice#:** 635694
    **Our File Number:** 00647/0001                                              **PAGE:**    3

| | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $870.00 | 13.91 | $12,101.70 |
| Woodard, A.F. | 895.00 | 4.17 | 3,732.15 |
| Benson, Gregg M | 625.00 | 4.00 | 2,500.00 |
| Veillette, Rebecca | 285.00 | 2.67 | 760.95 |
| Fees through 05/31/2010.............. | | 24.75 | $19,094.80 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010----------------------\*
    Transportation                                                                     $132.50
        Total Costs through 05/31/2010........................     $132.50


    Fees this Invoice........................................................................     $19,094.80
    Costs this Invoice.......................................................................     $132.50
    **Total Due this Invoice................................................................     $19,227.30**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        June 8, 2010

   **RE:** General                                           **Invoice#:** 635694
   **Our File Number:** 00647/0001                              **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                                   425 Park Avenue
                                                   New York, NY  10022-3598
                                                   212-836-8000
                                                   Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355024**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                            October 6, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                                **Invoice#:** 646735
**Our File Number:** 00647/0001                                  **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                      | Hours |
|------------|----------------------|-------|
| 09/07/2010 | Ben-Jacob, Michael   | 0.33  |
| 09/20/2010 | Tuchman, L.          | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael   | 0.50  |
| 09/21/2010 | Tuchman, L.          | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael   | 0.50  |
| 09/27/2010 | Tuchman, L.          | 1.00  |

Total Hours................. 3.17

Fees through 09/30/2010................................... $2,511.85

*----------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Ben-Jacob, Michael | $685.00  | 1.33  | $911.05  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                       **WH_MDL_00355025**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                        October 6, 2010

   **RE:** General                                              **Invoice#:** 646735
   **Our File Number:** 00647/0001                                **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════

Tuchman, L.                              870.00          1.84          1,600.80

                    Fees through 09/30/2010..............      3.17        $2,511.85


          Fees this Invoice..................................................................      $2,511.85

          **Total Due this Invoice.............................................................**      **$2,511.85**




**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355027



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 9, 2010
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 653901
**Our File Number:** 00647/0001                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 11/09/2010 | Ben-Jacob, Michael     | 1.67 |
|            | Call with Matt regarding dividend transaction. Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael     | 0.25 |
|            | ██████████████████████ | |
| 11/11/2010 | Soloveichik, Sarah     | 0.17 |
|            | ██████████████████████ | |
| 11/12/2010 | Ben-Jacob, Michael     | 0.33 |
|            | ██████████████████████ | |
| 11/17/2010 | Tuchman, L.            | 2.75 |
|            | ██████████████████████ | |
| 11/18/2010 | Ben-Jacob, Michael     | 0.33 |
|            | ██████████████████████ | |
| 11/18/2010 | Gartner, Gary J        | 1.00 |
|            | ██████████████████████ | |
| 11/18/2010 | Tuchman, L.            | 0.83 |
|            | ██████████████████████ | |
| 11/19/2010 | Ben-Jacob, Michael     | 0.17 |
|            | ██████████████████████ | |
| 11/19/2010 | Gartner, Gary J        | 1.83 |
|            | ██████████████████████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355028**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 9, 2010

    **RE:** General                                                    **Invoice#:** 653901
    **Our File Number:** 00647/0001                          **PAGE:**    2

===============================================================================



| Date | Name | | Hours |
|---|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | | 0.58 |
| 11/22/2010 | Gartner, Gary J | | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | | 0.92 |
| 11/24/2010 | Gartner, Gary J | | 1.92 |
| 11/24/2010 | Tuchman, L. | | 0.58 |
| 11/30/2010 | Gartner, Gary J | | 0.92 |
| 11/30/2010 | Tuchman, L. | | 2.00 |

                                         Total Hours.................    27.67

          Fees through 11/30/2010...................................    $22,438.45

    *----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355029**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    December 9, 2010

RE: General                                          **Invoice#:** 653901
**Our File Number:** 00647/0001                       **PAGE:**    3

===========================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due................................................... | | $2,511.85 |

| | |
|---|---|
| Fees this Invoice................................................. | $22,438.45 |
| Less Discount of................................................. | (2,069.85) |
| Adjusted Fees.................................................... | $20,368.60 |
| Total Due this Invoice................................................. | $20,368.60 |
| Prior Balance Due (from above)................................................. | 2,511.85 |
| **TOTAL DUE.......................................................** | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355031**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC               January 28, 2011
         40 West 57th Street
         New York, New York 10019
         Attn: John H. van Merkensteijn, III

**RE:** General                                  **Invoice#:** 657645
**Our File Number:** 00647/0001                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

| | | Hours |
|---|---|---:|
| 12/01/2010 | Gartner, Gary J | 1.75 |
| | Telephone conference regarding withholding issue and consideration of Code provision. | |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
| | Discussion with Louis Tuchman concerning foreign tax credit issues. | |
| 12/01/2010 | Tuchman, L. | 2.17 |
| | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ████████████████████ | |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
| | Received background information from Louis Tuchman. | |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
| | ████████████████████ | |
| 12/02/2010 | Gartner, Gary J | 1.08 |
| | Consider issues regarding single stock future. | |
| 12/02/2010 | Tuchman, L. | 0.25 |
| | Office conference with M.B. Jacobs re: domain trading. | |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
| | ████████████████████ | |
| 12/03/2010 | Gartner, Gary J | 0.83 |
| | ████████████████████ | |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER      WH_MDL_00355032

KAYE SCHOLER LLP

| | | |
|---|---|---|
| TO:   Argre Management LLC | | January 28, 2011 |

| | |
|---|---|
| **RE:** General | **Invoice#:** 657645 |
| **Our File Number:** 00647/0001 | **PAGE:**   2 |

===============================================================

|  |  |  |
|---|---|---|
| | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. | |
| 12/03/2010 | Soloveichik, Sarah | 0.75 |
| | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. | |
| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
| | Call with Jerome re German tax refund/FTC questions ██████ ███████████████████████████████ | |
| 12/06/2010 | Wells, Peter B | 2.58 |
| | ███████████████████████████████ | |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
| | ███████████████████████████████ | |
| 12/07/2010 | Wells, Peter B | 4.42 |
| | ███████████████████████████████ | |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
| | ███████████████████████████████ | |
| 12/08/2010 | Tuchman, L. | 1.25 |
| | ███████████████████████████████ | |
| 12/08/2010 | Wells, Peter B | 1.42 |
| | ███████████████████████████████ | |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
| | ███████████████████████████████ | |
| 12/09/2010 | Wells, Peter B | 1.67 |
| | ███████████████████████████████ | |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |
| | ███████████████████████████████ | |

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                      January 28, 2011

RE: General                                                **Invoice#:** 657645
**Our File Number:** 00647/0001                            **PAGE:**    3

═══════════════════════════════════════════════════════════════════

| | | |
|---|---|---|
| 12/21/2010 | Ben-Jacob, Michael | 0.50 |
| 12/22/2010 | Ben-Jacob, Michael | 0.25 |
| 12/28/2010 | Wells, Peter B | 1.17 |
| 12/30/2010 | Wells, Peter B | 0.25 |

Total Hours................    30.42

Fees through 12/31/2010....................................    $18,780.00


\*--------------------------------TIME AND FEE SUMMARY-------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 7.83 | $5,363.55 |
| Gartner, Gary J | 930.00 | 3.66 | 3,403.80 |
| Scheine, Jeffrey D | 820.00 | 0.50 | 410.00 |
| Tuchman, L. | 870.00 | 3.67 | 3,192.90 |
| Soloveichik, Sarah | 290.00 | 3.25 | 942.50 |
| Wells, Peter B | 475.00 | 11.51 | 5,467.25 |
| Fees through 12/31/2010.............. | | 30.42 | $18,780.00 |


| | | |
|---|---|---|
| Fees this Invoice................................... | $18,780.00 | |
| Less Discount of................................. | (3,780.00) | |
| Adjusted Fees........................................................... | | $15,000.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355034**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                         January 28, 2011

RE: General                                                   **Invoice#:** 657645
**Our File Number:** 00647/0001                                    **PAGE:**    4

**Total Due this Invoice**................................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

| | | Hours |
|---|---|---|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
| | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
| | Call with John re ex-dividend transaction; related consideration of memo. | |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
| | Attention to memo. | |
| 02/04/2011 | Abramowitz, L. | 0.50 |
| | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
| | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
| | Review US/German Tax treaty and structuring memo. | |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
| | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | |
| 02/07/2011 | Tuchman, L. | 1.67 |
| | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | |
| 02/07/2011 | Woodard, A.F. | 0.17 |
| | Review of material re German investment. | |
| 02/07/2011 | Wells, Peter B | 1.25 |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
| | Call with Matt, John and Jerome re ex-dividend transaction; | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355037

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 15, 2011

    **RE:** General                                                    **Invoice#:** 663115
    **Our File Number:** 00647/0001                                    **PAGE:**   2

---

| 02/08/2011 | Tuchman, L. | 3.25 |

Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss.

| 02/08/2011 | Woodard, A.F. | 1.84 |

Office conferences L. Tuchman, conference call client, and review of material re potential German investment.

| 02/08/2011 | Wells, Peter B | 1.00 |

███████████████████████████████████

| 02/09/2011 | Ben-Jacob, Michael | 1.83 |

Calls with John re ex-dividend transaction; related conference call with London advisors.

| 02/09/2011 | Tuchman, L. | 2.17 |

Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same.

| 02/09/2011 | Woodard, A.F. | 0.92 |

Conference call client; office conference L. Tuchman and review of material.

| 02/09/2011 | Wells, Peter B | 0.67 |

███████████████████████████████████

| 02/09/2011 | Wells, Peter B | 1.50 |

███████████████████████████████████

| 02/10/2011 | Ben-Jacob, Michael | 0.50 |

███████████████████████████████████

| 02/10/2011 | Eichel, Steven R | 0.54 |

███████████████████████████████████

| 02/10/2011 | Wells, Peter B | 1.50 |

███████████████████████████████████

| 02/11/2011 | Ben-Jacob, Michael | 0.75 |

███████████████████████████████████

| 02/11/2011 | Eichel, Steven R | 0.67 |

███████████████████████████████████

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355038**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 15, 2011

**RE:** General                                               **Invoice#:** 663115
**Our File Number:** 00647/0001                               **PAGE:**   3

=========================================================================

| Date | Name | | Hours |
|------|------|---|------|
| 02/11/2011 | Wells, Peter B | | 1.25 |
| 02/14/2011 | Wells, Peter B | | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/16/2011 | Wells, Peter B | | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/23/2011 | Eichel, Steven R | | 0.17 |
| 02/23/2011 | Wells, Peter B | | 0.75 |
| 02/24/2011 | Wells, Peter B | | 1.00 |
| 02/25/2011 | Wells, Peter B | | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | | 0.08 |
| 02/28/2011 | Wells, Peter B | | 0.75 |



Total Hours................ 35.55

Fees through 02/28/2011.................................... $24,855.40

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*
                                Rate        Hours            Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355039**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                    March 15, 2011

RE: General                                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                                          **PAGE:**    4

| | | | |
|---|---|---:|---:|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |

Fees through 02/28/2011...............          35.55          $24,855.40

Fees this Invoice................................................          $24,855.40
Less Discount of...............................................          (4,000.00)
Adjusted Fees.......................................................................          $20,855.40
**Total Due this Invoice................................................................**          **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355041**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    August 9, 2011
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III


**RE:** General                                         **Invoice#:** 676549
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  |  | Hours |
|---|---|---|---|
| 07/12/2011 | Eichel, Steven R | | 0.75 |
| 07/19/2011 | Tuchman, L. | | 0.75 |
| | | Total Hours................ | 1.50 |
| | | Fees through 07/31/2011.................................... | $1,173.75 |

*----------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $875.00 | 0.75 | $656.25 |
| Eichel, Steven R | 690.00 | 0.75 | 517.50 |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| | |
|---|---|
| Transportation | $293.70 |
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011......................... | $319.95 |

| | |
|---|---|
| Fees this Invoice................................................................... | $1,173.75 |
| Costs this Invoice.................................................................. | $319.95 |
| **Total Due this Invoice..............................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355042**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355043**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 12, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 679893
**Our File Number:** 00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  | **Hours** |
|---|---|---|
| 08/15/2011  Ben-Jacob, Michael |  | 1.00 |
| 08/16/2011  Ben-Jacob, Michael |  | 0.17 |
|  | Total Hours................. | 1.17 |
|  | Fees through 08/31/2011.................................... | $830.70 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. |  | 1.17 | $830.70 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due........................................................................ |  | $1,493.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                 **WH_MDL_00355044**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          September 12, 2011

    **RE:** General                                                              **Invoice#:** 679893
    **Our File Number:** 00647/0001                                  **PAGE:**    2

Fees this Invoice.................................................................    $830.70

Total Due this Invoice.......................................................    $830.70

Prior Balance Due (from above)....................................    1,493.70

**TOTAL DUE**..................................................................    **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355046



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          October 11, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

RE: General                                          Invoice#: 682560
Our File Number: 00647/0001                          PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | Hours |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
| | Call with Matt regarding pension structure for next ex-dividend deal. | |
| 09/12/2011 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/13/2011 | Woodard, A.F. | 3.17 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/14/2011 | Woodard, A.F. | 4.00 |
| | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. | |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
| | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. | |
| 09/15/2011 | Woodard, A.F. | 2.17 |
| | Office conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 09/16/2011 | Woodard, A.F. | 0.83 |
| | Review of material re UBTI and other issues. | |
| 09/20/2011 | Woodard, A.F. | 0.25 |
| | Telephone conference L. Tuchman re UBTI. | |
| 09/21/2011 | Woodard, A.F. | 1.42 |
| | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. | |
| 09/22/2011 | Woodard, A.F. | 0.42 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355047

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

RE: General                                          Invoice#: 682560
Our File Number: 00647/0001                          PAGE:   2

===================================================================

| | | |
|---|---|---|
| 09/23/2011 | Woodard, A.F. | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | 0.17 |
| 09/28/2011 | Veillette, Rebecca | 2.25 |
| 09/29/2011 | Veillette, Rebecca | 0.25 |
| 09/30/2011 | Veillette, Rebecca | 1.08 |

Total Hours................ 19.93

Fees through 09/30/2011....................................  $13,970.50

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

*-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*

Corp. Filings & Searches                              $661.75

Total Costs through 09/30/2011........................  $661.75

Fees this Invoice...........................................................  $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355048**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                  October 11, 2011

   **RE:** General                                        **Invoice#:** 682560
   **Our File Number:** 00647/0001                          **PAGE:**    3

Costs this Invoice.........................................................................    $661.75
**Total Due this Invoice...............................................................**    **$14,632.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

November 14, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 685991
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

| | | Hours |
|---|---|---:|
| 10/03/2011 | Ben-Jacob, Michael | 0.08 |
| 10/03/2011 | Eichel, Steven R | 1.83 |
| 10/04/2011 | Veillette, Rebecca | 0.33 |
| 10/05/2011 | Eichel, Steven R | 0.67 |
| 10/05/2011 | Veillette, Rebecca | 0.42 |
| 10/10/2011 | Ben-Jacob, Michael | 0.17 |
| | Conference with Woody regarding pension/ex-dividend strategy. | |
| 10/10/2011 | Woodard, A.F. | 0.25 |
| | Office conference M. Ben-Jacob and review of material. | |
| 10/12/2011 | Ben-Jacob, Michael | 0.50 |
| 10/12/2011 | Woodard, A.F. | 0.50 |
| | Review of material. | |
| 10/13/2011 | Woodard, A.F. | 1.50 |
| | Review of material re proposed transaction. | |
| 10/17/2011 | Briggs, Lindsey V | 0.33 |
| 10/18/2011 | Ben-Jacob, Michael | 1.08 |
| | Attention to ex-dividend strategy; related conference with Woody. | |
| 10/19/2011 | Ben-Jacob, Michael | 0.50 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                        November 14, 2011

**RE:** General                                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                                    **PAGE:**    2

===============================================================================

Call with Matt, Jerome and Woody regarding pension - ex dividend planning.

10/19/2011  Woodard, A.F.                                                      1.25

███████████████████████████████████████████████████████████████;
conference call M. Ben-Jacob and client re proposed investment.
                                                                          _____

                                        Total Hours................    9.41

                    Fees through 10/31/2011...................    $6,535.85


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                       | Rate     | Hours | Fees       |
|-----------------------|----------|-------|------------|
| Ben-Jacob, Michael    | $710.00  | 2.33  | $1,654.30  |
| Woodard, A.F.         | 800.00   | 3.50  | 2,800.00   |
| Eichel, Steven R      | 690.00   | 2.50  | 1,725.00   |
| Briggs, Lindsey V     | 410.00   | 0.33  | 135.30     |
| Veillette, Rebecca    | 295.00   | 0.75  | 221.25     |
| Fees through 10/31/2011............... |  | 9.41 | $6,535.85 |


Fees this Invoice.........................................................    $6,535.85
**Total Due this Invoice...............................................    $6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355053



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 12, 2011
       40 West 57th Street
       New York, New York  10019

**RE:** General                                        **Invoice#:** 688474
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                                                                          | Hours |
|------------|--------------------------------------------------------------------------|------:|
| 11/08/2011 | Tuchman, L.                                                              | 1.25  |
|            | Telephone conference with M. Stein; research re: proposed structure.     |       |
| 11/09/2011 | Tuchman, L.                                                              | 0.75  |
|            | Research and telephone conference with M. Stein.                        |       |
| 11/10/2011 | Ben-Jacob, Michael                                                      | 0.25  |
|            | Call with Matt and Jerome regarding potential planning.                |       |

Total Hours................. 2.25

Fees through 11/30/2011.................................... $1,927.50

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                     | Rate     | Hours | Fees       |
|---------------------|---------:|------:|-----------:|
| Ben-Jacob, Michael  | $710.00  | 0.25  | $177.50    |
| Tuchman, L.         | 875.00   | 2.00  | 1,750.00   |
| Fees through 11/30/2011............... | | 2.25  | $1,927.50  |

*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------*

Corp. Filings & Searches                             $224.25

Total Costs through 11/30/2011......................... $224.25

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|-----------:|
| 685991   | 11/14/2011 | $6,535.85  |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    December 12, 2011

    **RE:** General                                              **Invoice#:** 688474
    **Our File Number:** 00647/0001                              **PAGE:**    2

====================================================================================

        Prior Balance Due.........................................................    $6,535.85


        Fees this Invoice.........................................................    $1,927.50
        Costs this Invoice........................................................     $224.25
        Total Due this Invoice....................................................    $2,151.75
        Prior Balance Due (from above)............................................     6,535.85
        **TOTAL DUE**..............................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      March 31, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                               **Invoice#:** 696544
**Our File Number:**00647/0001                                 **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|  |  | **Hours** |
|---|---|---:|
| 12/07/2011 | Veillette, Rebecca | 1.00 |
| 12/08/2011 | Veillette, Rebecca | 1.00 |
| 12/20/2011 | Ben-Jacob, Michael | 0.75 |
| 12/20/2011 | Briggs, Lindsey V | 0.25 |
| 12/21/2011 | Briggs, Lindsey V | 0.42 |
| 12/21/2011 | Veillette, Rebecca | 0.50 |
| 12/22/2011 | Veillette, Rebecca | 0.50 |
| 02/02/2012 | Ben-Jacob, Michael | 0.17 |
| 02/22/2012 | Ben-Jacob, Michael | 0.25 |
| 02/23/2012 | Ben-Jacob, Michael | 0.33 |
| 02/23/2012 | Stromberg, Thomas | 1.50 |

KAYE SCHOLER LLP

| | |
|---|---|
| TO:    Argre Management LLC | March 31, 2012 |

| | |
|---|---|
| **RE:** General | **Invoice#:** 696544 |
| **Our File Number:** 00647/0001 | **PAGE:**   2 |

=====================================================================

| | | | |
|---|---|---|---|
| 02/23/2012 | Sluder, Elizabeth C | ████████████ | 0.92 |
| 02/24/2012 | Stromberg, Thomas | ██████ | 0.50 |
| 02/27/2012 | Stromberg, Thomas | █████████████ | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | ████████ | 4.58 |
| 02/28/2012 | Stromberg, Thomas | ████████████████ | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | █████████ | 1.17 |
| 03/05/2012 | Wells, Peter B | ███████ | 2.25 |
| 03/06/2012 | Wells, Peter B | ██████████████ | 1.00 |
| 03/15/2012 | Wells, Peter B | █████████ | 5.00 |

████████████████████████ Work on
issues related to due diligence for IRAs.

`----------`
Total Hours................ 24.34

Fees through 03/31/2012....................................  $14,797.45

\*-----------------------------TIME AND FEE SUMMARY-------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355058**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 31, 2012

RE: General                                          **Invoice#:** 696544
**Our File Number:** 00647/0001                            **PAGE:**    3

================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012.............. | | 24.34 | $14,797.45 |

*)    rate changed during the timespan of the bill

*-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice...................................................... | $14,797.45 |
| Costs this Invoice.................................................... | $449.09 |
| **Total Due this Invoice..............................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 14, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                      **Invoice#:** 702756
**Our File Number:** 00647/0001                          **PAGE:**   1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 04/30/2012

===============================================================

                                                              **Hours**
                                                              ----------
04/05/2012  Ben-Jacob, Michael                                 0.92

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;

04/24/2012  Ben-Jacob, Michael                                 1.00

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;                                         ----------
                                        Total Hours................  1.92

           Fees through 04/30/2012...................  $1,401.60


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate        Hours          Fees
Ben-Jacob, Michael          $730.00       1.92        $1,401.60

           Fees through 04/30/2012...............   1.92        $1,401.60

      *----------------------COSTS ADVANCED THROUGH 04/30/2012----------------------*
           Messengers/Courier                              $26.25
           Filing Fees/Court Fees                          105.00
                                                    ------------------
           Total Costs through 04/30/2012........          $131.25


           Fees this Invoice.............................................  $1,401.60
           Costs this Invoice............................................    $131.25


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355061**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      May 14, 2012

    **RE:** General                                          **Invoice#:** 702756
    **Our File Number:** 00647/0001                              **PAGE:**    2

      **Total Due this Invoice**................................................................    **$1,532.85**

      **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    June 18, 2012
      40 West 57th Street
      New York, New York  10019

**RE:** General                                         **Invoice#:** 705166
**Our File Number:**00647/0001                              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2012

|  |  | **Hours** |
|---|---|---|
| 05/03/2012 | Ben-Jacob, Michael | 1.58 |
| 05/04/2012 | Ben-Jacob, Michael | 1.67 |

Total Hours................ 3.25

Fees through 05/31/2012................................... $2,372.50

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.25 | $2,372.50 |
| Fees through 05/31/2012............... | | 3.25 | $2,372.50 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*

| Transportation | $11.00 |
|---|---|
| Messengers/Courier | 34.06 |
| Total Costs through 05/31/2012......................... | $45.06 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    June 18, 2012

    **RE:** General                                           **Invoice#:** 705166
    **Our File Number:** 00647/0001                           **PAGE:**    2

====================================================================================

      Prior Balance Due........................................................    $1,532.85


      Fees this Invoice.........................................................    $2,372.50
      Costs this Invoice........................................................    $45.06
      Total Due this Invoice................................................    $2,417.56
      Prior Balance Due (from above).................................    1,532.85
      **TOTAL DUE**...........................................................    **$3,950.41**

**Please remit payment within thirty (30) days.**

_IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S)._

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355066



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                   July 17, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                          **Invoice#:** 708329
**Our File Number:**00647/0001                              **PAGE:**    1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

====================================================================

|  |  | **Hours** |
|---|---|---|
|  |  | --------- |
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

                                                           ----------
                                      Total Hours................ 3.66
        Fees through 06/30/2012.................................. $1,371.15

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**     **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                July 17, 2012

    **RE:** General                                                        **Invoice#:** 708329
    **Our File Number:** 00647/0001                                  **PAGE:**    2

================================================================================

                                                          _____

Fees through 06/30/2012...............        3.66        $1,371.15


\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due............................................................ | | $3,950.41 |


| | |
|---|---|
| Fees this Invoice........................................................... | $1,371.15 |
| Total Due this Invoice................................................. | $1,371.15 |
| Prior Balance Due (from above).................................. | 3,950.41 |
| **TOTAL DUE**........................................................... | **$5,321.56** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355069



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street
      New York, New York  10019

                                                            August 16, 2012

**RE:** General                                    **Invoice#:** 711502
**Our File Number:**00647/0001                           **PAGE:**   1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

====================================================================

|  |  |  | **Hours** |
|---|---|---|---:|
| 07/25/2012 | Veillette, Rebecca | | 0.33 |
| 07/30/2012 | Veillette, Rebecca | | 1.00 |
| | Attention to forming Rajan Investments LLC. | | |
| | | Total Hours................ | 1.33 |
| | Fees through 07/31/2012..................................... | | $392.35 |


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Veillette, Rebecca | $295.00 | 1.33 | $392.35 |
| Fees through 07/31/2012............... | | 1.33 | $392.35 |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---:|
| 708329 | 07/17/2012 | $1,371.15 |
| Prior Balance Due........................................................................ | | $1,371.15 |


| Fees this Invoice........................................................................ | $392.35 |
|---|---:|

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                August 16, 2012

    **RE:** General                                          **Invoice#:** 711502
    **Our File Number:** 00647/0001                           **PAGE:**    2

---

    Total Due this Invoice..................................................................    $392.35
    Prior Balance Due (from above)...................................................    1,371.15
    **TOTAL DUE**............................................................................    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          September 13, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                   **Invoice#:** 713751
**Our File Number:**00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|                                        | **Hours** |
|----------------------------------------|-----------|
| 08/01/2012  Veillette, Rebecca         | 0.75 |
| 08/08/2012  Veillette, Rebecca         | 0.58 |
| 08/09/2012  Veillette, Rebecca         | 1.25 |
| 08/10/2012  Veillette, Rebecca         | 0.67 |
|             Rajan Investments - operating agreement. | |
| 08/14/2012  Veillette, Rebecca         | 0.33 |
| 08/17/2012  Ben-Jacob, Michael         | 0.08 |

Total Hours.................    3.66

Fees through 08/31/2012....................................    $1,114.50

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                        | Rate     | Hours | Fees     |
|------------------------|----------|-------|----------|
| Ben-Jacob, Michael     | $730.00  | 0.08  | $58.40   |
| Veillette, Rebecca     | 295.00   | 3.58  | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355073**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                       September 13, 2012

    **RE:** General                                              **Invoice#:** 713751
    **Our File Number:** 00647/0001                              **PAGE:**    2

===========================================================================

Fees this Invoice................................................................................ $1,114.50

**Total Due this Invoice................................................................ $1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                              **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                     November 20, 2012
        40 West 57th Street
        New York, New York 10019

**RE:** General                         **Invoice#:** 720986
**Our File Number:** 00647/0001           **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

| Date | Name | Hours |
|------|------|------:|
| 09/27/2012 | Ben-Jacob, Michael | 0.08 |
| 09/28/2012 | Ben-Jacob, Michael | 1.42 |
| 09/29/2012 | Ben-Jacob, Michael | 0.17 |
| 10/07/2012 | Ben-Jacob, Michael | 0.17 |
| 10/11/2012 | Wittenberg, Daniella T | 0.33 |
| 10/16/2012 | Veillette, Rebecca | 0.25 |
| 10/17/2012 | Wells, Peter B | 0.75 |
| 10/17/2012 | Veillette, Rebecca | 0.50 |
| 10/24/2012 | Veillette, Rebecca | 1.25 |
| 10/25/2012 | Wells, Peter B | 1.00 |
| 10/25/2012 | Veillette, Rebecca | 1.50 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        **WH_MDL_00355076**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                             November 20, 2012

RE: General                                                            **Invoice#:** 720986
**Our File Number:** 00647/0001                                        **PAGE:**    2

=================================================================================

10/26/2012  Veillette, Rebecca                                                       0.50

                                                                            ----------
                                                       Total Hours................  7.92
                    Fees through 10/31/2012....................................  $3,804.90


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                Rate          Hours           Fees
    Ben-Jacob, Michael        $730.00          1.84         $1,343.20
    Wells, Peter B             640.00          1.75          1,120.00
    Wittenberg, Daniella T     490.00          0.33           161.70
    Veillette, Rebecca         295.00          4.00          1,180.00

              Fees through 10/31/2012...............   7.92        $3,804.90

       *-----------------------COSTS ADVANCED THROUGH 10/31/2012-----------------------*
         Corp. Filings & Searches                          $2,633.00
         Conference & Legal Staff/Travel Working Meals          27.57
                                                          -------------------
            Total Costs through 10/31/2012.........................  $2,660.57


    Fees this Invoice.............................................................  $3,804.90
    Costs this Invoice............................................................  $2,660.57
    **Total Due this Invoice..................................................**  **$6,465.47**

                **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355077**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                       December 10, 2012
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

RE: General                                        **Invoice#:** 722890
**Our File Number:**00647/0001                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

| | | Hours |
|---|---|---|
| 11/01/2012 | Wells, Peter B | 1.42 |
| 11/05/2012 | Wells, Peter B | 1.50 |
| 11/07/2012 | Gartner, Gary J | 1.50 |
| 11/08/2012 | Gartner, Gary J | 0.83 |
| 11/08/2012 | Veillette, Rebecca | 1.33 |
| 11/09/2012 | Gartner, Gary J | 0.67 |
| 11/12/2012 | Ben-Jacob, Michael | 0.08 |
| 11/14/2012 | Gartner, Gary J | 1.08 |
| 11/15/2012 | Ben-Jacob, Michael | 0.08 |
| 11/15/2012 | Gartner, Gary J | 1.17 |
| | Telephone conference with client and review proposed regs. | |
| 11/16/2012 | Gartner, Gary J | 1.17 |
| | Consider proposed regs regarding trade. | |
| 11/19/2012 | Gartner, Gary J | 0.50 |
| | Update thinking regarding proposed regulations. | |
| 11/21/2012 | Gartner, Gary J | 0.75 |
| | Consider further issues regarding proposed regs and trade. | |
| 11/28/2012 | Gartner, Gary J | 1.50 |
| | Consider issues under proposed regs and trade. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:   Argre Management LLC                                December 10, 2012

RE: General                                              Invoice#: 722890
Our File Number: 00647/0001                                  PAGE:   2

---

11/29/2012  Gartner, Gary J                                              1.17
            Review of authorities on possible trade.
                                          Total Hours.................   14.75
            Fees through 11/30/2012...................  $12,924.75


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*
                              Rate        Hours         Fees
Ben-Jacob, Michael          $730.00        0.16       $116.80
Gartner, Gary J            1,020.00       10.34     10,546.80
Wells, Peter B               640.00        2.92      1,868.80
Veillette, Rebecca           295.00        1.33        392.35
            Fees through 11/30/2012..............     14.75    $12,924.75

      \*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*
            Transportation                                       $84.81
            Total Costs through 11/30/2012........................  $84.81

      \*---------------------------------OUTSTANDING BALANCE---------------------------------\*
            Invoice#          Date                          Amount
            720986          11/20/2012                     $6,465.47
            Prior Balance Due.......................................  $6,465.47


            Fees this Invoice.......................................  $12,924.75
            Costs this Invoice......................................     $84.81
            Total Due this Invoice..................................  $13,009.56
            Prior Balance Due (from above)..........................   6,465.47
            **TOTAL DUE**...........................................  **$19,475.03**

            **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                   **WH_MDL_00355080**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355081

# **KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                            January 17, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                                      **Invoice#:** 727062
**Our File Number:**00647/0001                                        **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|                                              |          | **Hours** |
|----------------------------------------------|----------|-----------|
| 12/04/2012  Wells, Peter B                   |          | 2.00      |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                     |          |           |
| 12/05/2012  Wells, Peter B                   |          | 1.75      |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                     |          |           |
|                                              | Total Hours............. | 3.75 |
|          Fees through 12/31/2012....................................  | $2,400.00 | |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                    | Rate      | Hours | Fees       |
|--------------------|-----------|-------|------------|
| Wells, Peter B     | $640.00   | 3.75  | $2,400.00  |
|     Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

|                                                              |            |
|--------------------------------------------------------------|------------|
| Fees this Invoice.........................................................................  | $2,400.00 |
| **Total Due this Invoice**.............................................................  | **$2,400.00** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355082**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                February 21, 2013
     40 West 57th Street
     New York, New York 10019
     alicia@argremgt.com

**RE:** General                                          **Invoice#:** 728997
**Our File Number:**00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 01/22/2013 | Veillette, Rebecca | 0.50 |
| 01/24/2013 | Tuchman, L.        | 1.00 |
| 01/25/2013 | Tuchman, L.        | 2.50 |
| 01/28/2013 | Tuchman, L.        | 2.75 |
| 01/28/2013 | Veillette, Rebecca | 1.08 |

Total Hours................ 7.83

Fees through 01/31/2013....................................    $6,231.90

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate      | Hours | Fees       |
|--------------------|-----------|-------|------------|
| Tuchman, L.        | $920.00   | 6.25  | $5,750.00  |
| Veillette, Rebecca | 305.00    | 1.58  | 481.90     |
| Fees through 01/31/2013............... |  | 7.83 | $6,231.90 |

*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*

Reporters/Transcripts Fee                                  $99.00

Total Costs through 01/31/2013.........................    $99.00

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 727062   | 01/29/2013 | $2,400.00  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355084**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                          February 21, 2013

**RE:** General                                      **Invoice#:** 728997
**Our File Number:** 00647/0001                      **PAGE:**   2

===============================================================

Prior Balance Due.................................................................     $2,400.00

Fees this Invoice................................................................     $6,231.90
Costs this Invoice...............................................................       $99.00
Total Due this Invoice...........................................................     $6,330.90
Prior Balance Due (from above)................................................     2,400.00
**TOTAL DUE**............................................................     **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355086



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    March 25, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                             **Invoice#:** 731658
**Our File Number:** 00647/0001                             **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

|  |  | **Hours** |
|---|---|---|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |
|  | Total Hours................ | 1.58 |
|  | Fees through 02/28/2013.................................... | $481.90 |

*-------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due.................................................................... | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice................................................................. | $481.90 |
| Total Due this Invoice......................................................... | $481.90 |
| Prior Balance Due (from above)............................................... | 6,330.90 |
| **TOTAL DUE**.......................................................................... | **$6,812.80** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        **WH_MDL_00355087**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355088



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      April 22, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                            **Invoice#:** 734523
**Our File Number:**00647/0001                             **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|  |  | **Hours** |
|---|---|---|
| 03/04/2013 | Tuchman, L. | 1.42 |
| 03/05/2013 | Tuchman, L. | 1.75 |
| 03/06/2013 | Tuchman, L. | 1.75 |
| 03/07/2013 | Tuchman, L. | 1.00 |
| 03/07/2013 | Benson, Gregg M | 4.00 |
| 03/08/2013 | Tuchman, L. | 1.25 |
| 03/08/2013 | Benson, Gregg M | 2.25 |
| 03/11/2013 | Tuchman, L. | 1.75 |
| 03/13/2013 | Tuchman, L. | 1.00 |
| 03/13/2013 | Benson, Gregg M | 1.50 |
| 03/18/2013 | Schneider, W.H. | 0.25 |
| 03/18/2013 | Snider, Vassa G | 0.92 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355089

# KAYE | SCHOLER LLP

TO:     Argre Management LLC                                                April 22, 2013

RE: General                                                          **Invoice#:** 734523
**Our File Number:** 00647/0001                                      **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

████████████████████████████████████████████████████

| | | |
|---|---|---|
| 03/19/2013 | Snider, Vassa G | 0.42 |
| | ████████████████████ | |
| 03/20/2013 | Veillette, Rebecca | 0.33 |
| | Attention to Bernina LLC documentation. | |

Total Hours................. 19.59

Fees through 03/31/2013.................................... $15,301.05

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Schneider, W.H. | $925.00 | 0.25 | $231.25 |
| Tuchman, L. | 920.00 | 9.92 | 9,126.40 |
| Benson, Gregg M | 715.00 | 7.75 | 5,541.25 |
| Snider, Vassa G | 225.00 | 1.34 | 301.50 |
| Veillette, Rebecca | 305.00 | 0.33 | 100.65 |
| Fees through 03/31/2013............... | | 19.59 | $15,301.05 |

\*----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------\*

| | |
|---|---|
| Filing Fees/Court Fees | $125.00 |
| Total Costs through 03/31/2013........................ | $125.00 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 731658 | 03/25/2013 | $481.90 |
| Prior Balance Due......................................................... | | $481.90 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355090**

KAYE | SCHOLER LLP

TO:     Argre Management LLC                                              April 22, 2013

**RE:** General                                                    **Invoice#:** 734523
**Our File Number:** 00647/0001                                    **PAGE:**     3

Fees this Invoice...........................................................................     $15,301.05
Costs this Invoice........................................................................       $125.00
Total Due this Invoice..................................................................       $15,426.05
Prior Balance Due (from above)....................................................          481.90
**TOTAL DUE**..........................................................................   **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355092



425 Park Avenue
New York, NY  10022-3598
212.836.8000
wwww.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                      May 22, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                       **Invoice#:** 737633
**Our File Number:**00647/0001                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 04/08/2013 | Ben-Jacob, Michael   | 1.00      |
| 04/08/2013 | Schneider, W.H.      | 0.50      |
| 04/09/2013 | Ben-Jacob, Michael   | 0.25      |
| 04/09/2013 | Schneider, W.H.      | 0.75      |
| 04/09/2013 | Benson, Gregg M      | 0.50      |
| 04/10/2013 | Ben-Jacob, Michael   | 0.75      |
| 04/10/2013 | Schneider, W.H.      | 0.50      |
| 04/11/2013 | Benson, Gregg M      | 1.50      |
| 04/12/2013 | Schneider, W.H.      | 0.50      |
| 04/15/2013 | Ben-Jacob, Michael   | 0.67      |
| 04/15/2013 | Schneider, W.H.      | 0.25      |
| 04/15/2013 | Benson, Gregg M      | 2.17      |
| 04/16/2013 | Schneider, W.H.      | 0.25      |

Image Not Available

TO:     Argre Management LLC                                    May 22, 2013

**RE:** General                                              **Invoice#:** 737633
**Our File Number:** 00647/0001                              **PAGE:**   2



| | | |
|---|---|---|
| 04/16/2013  Benson, Gregg M | | 3.00 |
| 04/17/2013  Ben-Jacob, Michael | | 0.42 |
| 04/17/2013  Schneider, W.H. | | 1.00 |
| 04/17/2013  Benson, Gregg M | | 0.50 |
| 04/25/2013  Ben-Jacob, Michael | | 0.17 |
| 04/26/2013  Ben-Jacob, Michael | | 0.08 |
| 04/30/2013  Ben-Jacob, Michael | | 0.17 |

Total Hours................ 14.93

Fees through 04/30/2013....................................  $11,602.85

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013.............. | | 14.93 | $11,602.85 |

Fees this Invoice...........................................................  $11,602.85
**Total Due this Invoice..............................................**  **$11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355094**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                    August 26, 2013
         40 West 57th Street
         New York, New York  10019
         alicia@argremgt.com

**RE:** General                                 **Invoice#:** 745613
**Our File Number:**00647/0001               **PAGE:**   1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | Hours |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |
|  | Total Hours................ | 2.34 |
|  | Fees through 07/31/2013.................................. | $713.70 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |

| | |
|---|---|
| Fees this Invoice............................................................ | $713.70 |
| **Total Due this Invoice............................................** | **$713.70** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355096**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355097



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                          September 10, 2013
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

**RE:** General                                              **Invoice#:** 747225
**Our File Number:**00647/0001                                **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 08/09/2013 | Ben-Jacob, Michael     | 0.50      |
| 08/12/2013 | Sausen, David          | 1.00      |
|            | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
| 08/15/2013 | Veillette, Rebecca     | 1.50      |
| 08/16/2013 | Sausen, David          | 0.50      |
|            | Telephone conference with M. Ben-Jaocb. | |
| 08/21/2013 | Veillette, Rebecca     | 1.25      |
| 08/26/2013 | Ben-Jacob, Michael     | 1.00      |
| 08/26/2013 | Sausen, David          | 1.50      |
|            | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. | |
| 08/27/2013 | Veillette, Rebecca     | 1.25      |

Total Hours................  8.50

Fees through 08/31/2013...................................     $4,542.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                            September 10, 2013

RE: General                                                    **Invoice#:** 747225
**Our File Number:** 00647/0001                                **PAGE:**    2

================================================================================

|                        | Rate      | Hours | Fees       |
|------------------------|-----------|-------|------------|
| Ben-Jacob, Michael     | $755.00   | 1.50  | $1,132.50  |
| Sausen, David          | 730.00    | 3.00  | 2,190.00   |
| Veillette, Rebecca     | 305.00    | 4.00  | 1,220.00   |
| Fees through 08/31/2013............... | | 8.50  | $4,542.50  |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 745613 | 08/26/2013 | $713.70 |
| Prior Balance Due................................................................... | | $713.70 |

| | |
|---|---|
| Fees this Invoice................................................................... | $4,542.50 |
| Total Due this Invoice........................................................... | $4,542.50 |
| Prior Balance Due (from above).............................................. | 713.70 |
| **TOTAL DUE**................................................................... | **$5,256.20** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355099



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                October 7, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                         **Invoice#:** 749882
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 09/10/2013 | Sausen, David        | 0.50      |
|            | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca   | 1.50      |
|            | ███████████████      |           |
| 09/11/2013 | Veillette, Rebecca   | 1.08      |
|            | ███████████████      |           |
| 09/30/2013 | Ben-Jacob, Michael   | 0.33      |
|            | ████████████████████ |           |

Total Hours................. 3.41

Fees through 09/30/2013.................................... $1,401.05

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees       |
|---------------------|----------|-------|------------|
| Ben-Jacob, Michael  | $755.00  | 0.33  | $249.15    |
| Sausen, David       | 730.00   | 0.50  | 365.00     |
| Veillette, Rebecca  | 305.00   | 2.58  | 786.90     |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |

Fees this Invoice........................................................... $1,401.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355101**

**KAYE│SCHOLER** LLP

TO:    Argre Management LLC                                    October 7, 2013

   **RE:** General                                    **Invoice#:** 749882
   **Our File Number:** 00647/0001                                    **PAGE:**    2

**Total Due this Invoice**.................................................................    **$1,401.05**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355102**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                        November 15, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 754424
**Our File Number:**00647/0001                                 **PAGE:**   1

=========================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

|  |  | **Hours** |
|---|---|---|
| 10/06/2013 | Sausen, David | 3.00 |
|  | Tax research. Prepared email to client re: ex-dividend transaction. | |
| 10/08/2013 | Sausen, David | 1.25 |
|  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Revised email to client re: ex-dividend transaction. | |
| 10/09/2013 | Abramowitz, L. | 0.75 |
|  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 10/09/2013 | Sausen, David | 1.00 |
|  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 10/10/2013 | Sausen, David | 1.00 |
|  | Discussions with G. Gartner and M. Ben-Jacob. Revised email to client. Email to M. Stein re: ex-dividend transaction. | |

Total Hours.................        7.00

Fees through 10/31/2013....................................        $5,245.00


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355104**

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    November 15, 2013

**RE:** General                                              **Invoice#:** 754424
**Our File Number:** 00647/0001                                **PAGE:**    2

---

Consultants/Experts                                    $1,100.00
          Total Costs through 10/31/2013........................    $1,100.00


Fees this Invoice...........................................................    $5,245.00
Costs this Invoice..........................................................    $1,100.00
**Total Due this Invoice..................................................**    **$6,345.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355105**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 754424
      Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                           **Invoice#:** 756477
**Our File Number:**00647/0001                             **PAGE:**    1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2013


\*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------\*
  Consultants/Experts                                   $3,000.00
                                                       -------------------
       Total Costs through 11/30/2013........................   $3,000.00


Costs this Invoice..........................................................   $3,000.00
**Total Due this Invoice...............................................   $3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355108**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com

January 13, 2014

**RE:** General                                **Invoice#:** 760179
**Our File Number:**00647/0001              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|  |  | Hours |
|---|---|---|
| 12/11/2013 | Sausen, David | 0.75 |
| 12/12/2013 | Sausen, David | 0.25 |
| 12/16/2013 | Ben-Jacob, Michael | 0.25 |
| 12/17/2013 | Sausen, David | 0.50 |
|  | Total Hours................ | 1.75 |
|  | Fees through 12/31/2013................................... | $1,283.75 |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.25 | $188.75 |
| Sausen, David | 730.00 | 1.50 | 1,095.00 |
| Fees through 12/31/2013............... | | 1.75 | $1,283.75 |

Fees this Invoice.......................................................................... $1,283.75

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER      WH_MDL_00355109

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                        January 13, 2014

RE: General                                                    **Invoice#:** 760179
**Our File Number:** 00647/0001                                **PAGE:**    2

================================================================================

**Total Due this Invoice**.................................................................    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    February 20, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                           **Invoice#:** 762871
**Our File Number:** 00647/0001                              **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|                                                          | **Hours** |
|----------------------------------------------------------|-----------|
| 01/29/2014   Veillette, Rebecca                          | 0.33      |
|                                                          |           |
|                                          Total Hours.................   | 0.33      |
|                     Fees through 01/31/2014...................   $103.95 |           |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                          | Rate      | Hours | Fees     |
|--------------------------|-----------|-------|----------|
| Veillette, Rebecca       | $315.00   | 0.33  | $103.95  |
| Fees through 01/31/2014..............  |           | 0.33  | $103.95  |

Fees this Invoice..........................................................................   $103.95
**Total Due this Invoice...............................................**     **$103.95**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355112**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355113



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                          July 22, 2014
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

**RE:** General                                          **Invoice#:** 775031
**Our File Number:**00647/0001                           **PAGE:** 1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2014

---

|            |                  | **Hours** |
|------------|------------------|-----------|
| 06/13/2014 | Sausen, David    | 1.25      |

Telephone conference with Matt and John re: UBTI issues. Tax research.
Telephone conference and emails with G. Weinkam.

| 06/17/2014 | Zwick, Mary L | 0.50 |

███████████████████████████████████████████

| 06/26/2014 | Culhane, Stephen | 0.33 |

██████████████████████

| 06/30/2014 | Culhane, Stephen | 0.25 |

████████████████████████████

Total Hours................. 2.33

Fees through 06/30/2014.................................... $1,815.30

*----------------------------------TIME AND FEE SUMMARY--------------------------------*

|                  | Rate      | Hours | Fees     |
|------------------|-----------|-------|----------|
| Culhane, Stephen | $910.00   | 0.58  | $527.80  |
| Sausen, David    | 760.00    | 1.25  | 950.00   |
| Zwick, Mary L    | 675.00    | 0.50  | 337.50   |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice.......................................................... $1,815.30
**Total Due this Invoice.............................................. $1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355115



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                          August 25, 2014
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

**RE:** General                                                  **Invoice#:** 777180
**Our File Number:**00647/0001                                   **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2014

|            |                                                                                  | **Hours** |
|------------|----------------------------------------------------------------------------------|-----------|
| 07/02/2014 | Culhane, Stephen                                                                 | 0.33      |
|            | Advisers Act issues with P Wells.                                                |           |
| 07/08/2014 | Culhane, Stephen                                                                 | 0.67      |
|            | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |           |
| 07/09/2014 | Culhane, Stephen                                                                 | 0.50      |
|            | Telcon with Matt Stein.                                                          |           |
| 07/10/2014 | Culhane, Stephen                                                                 | 0.33      |
|            | Conference with M Ben-Jacob.                                                     |           |

Total Hours................. 1.83

Fees through 07/31/2014.................................... $1,665.30

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                  | Rate    | Hours | Fees      |
|------------------|---------|-------|-----------|
| Culhane, Stephen | $910.00 | 1.83  | $1,665.30 |
| Fees through 07/31/2014.............. |  | 1.83  | $1,665.30 |

Fees this Invoice......................................................... $1,665.30

**Total Due this Invoice.............................................. $1,665.30**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355116



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 777180
      Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355117**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 24, 2014
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

       **RE:** General                                         **Invoice#:** 780144
       **Our File Number:**00647/0001                          **PAGE:**    1

===========================================================================
        **INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 08/31/2014
===========================================================================

|            |                     | Hours |
|------------|---------------------|------:|
| 08/22/2014 | Golub, Elizabeth    |  0.33 |
| 08/26/2014 | Golub, Elizabeth    |  0.33 |
| 08/28/2014 | Ben-Jacob, Michael  |  0.17 |
| 08/28/2014 | Wells, Peter B      |  4.00 |
| 08/29/2014 | Wells, Peter B      |  1.67 |

                                         Total Hours................  6.50
                        Fees through 08/31/2014....................  $4,258.90


*------------------------------TIME AND FEE SUMMARY---------------------------------*

|                    |    Rate |  Hours |      Fees |
|--------------------|--------:|-------:|----------:|
| Ben-Jacob, Michael | $785.00 |   0.17 |   $133.45 |
| Wells, Peter B     |  695.00 |   5.67 |  3,940.65 |
| Golub, Elizabeth   |  280.00 |   0.66 |    184.80 |

            Fees through 08/31/2014...............   6.50   $4,258.90

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

       Corp. Filings & Searches                        $484.50
            Total Costs through 08/31/2014........................  $484.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355118**

**KAYE** | **SCHOLER** LLP

TO:     Argre Management LLC                                        September 24, 2014

**RE:** General                                                        **Invoice#:** 780144
**Our File Number:** 00647/0001                                         **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................. | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice........................................................ | $4,258.90 |
| Costs this Invoice....................................................... | $484.50 |
| Total Due this Invoice................................................ | $4,743.40 |
| Prior Balance Due (from above)................................. | 1,665.30 |
| **TOTAL DUE**............................................................ | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355120



**250 West 55th Street**
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    November 14, 2014
      40 West 57th Street Suite 1610
      New York, New York  10019
      acolodner@maplept.com

**RE:** General                                        **Invoice#:** 783712
**Our File Number:**00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

|            |                       | Hours |
|------------|-----------------------|------:|
| 08/12/2014 | Ben-Jacob, Michael    | 0.42  |
| 09/04/2014 | Ben-Jacob, Michael    | 0.50  |
| 09/09/2014 | Ben-Jacob, Michael    | 0.50  |
| 09/11/2014 | Ben-Jacob, Michael    | 0.75  |
| 09/22/2014 | Ben-Jacob, Michael    | 1.50  |
| 09/22/2014 | Wells, Peter B        | 1.58  |

09/22/2014  Wells, Peter B
            Call with group re general plan issues.

| 09/25/2014 | Wells, Peter B | 1.50 |

09/29/2014  Ben-Jacob, Michael
            Conference with Peter re: structuring dissolution of plans and payments to
            Adam.

| 09/29/2014 | Wells, Peter B | 2.50 |
| 09/30/2014 | Wells, Peter B | 2.17 |
| 10/01/2014 | Wells, Peter B | 0.75 |

10/09/2014  Wells, Peter B                                     0.83
            Work on issues related to new plans.

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                            November 14, 2014

**RE:** General                                                        **Invoice#:** 783712
**Our File Number:** 00647/0001                                        **PAGE:**    2

===============================================================================

| | | |
|---|---|---|
| 10/10/2014  Wells, Peter B | | 0.50 |
| Work on new plan matters. | | |
| 10/12/2014  Ben-Jacob, Michael | ██████████████ | 1.58 |
| 10/13/2014  Wells, Peter B | ██████████████ | 1.58 |
| 10/14/2014  Ben-Jacob, Michael | ██████████████ | 0.17 |
| 10/14/2014  Wells, Peter B | ██████████████ | 1.00 |
| 10/20/2014  Veillette, Rebecca | ██████████████ | 0.50 |

Total Hours................     18.83

Fees through 10/31/2014....................................     $13,429.65

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice..........................................................     $13,429.65
**Total Due this Invoice..............................................**     **$13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355122**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 783712
Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                  December 24, 2014
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                            **Invoice#:** 786881
**Our File Number:** 00647/0001                             **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 10/21/2014 | Ben-Jacob, Michael    | 0.67      |
| 11/24/2014 | Culhane, Stephen      | 0.25      |

Total Hours................. 0.92

Fees through 11/30/2014................................... $753.45

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                                December 24, 2014

**RE:** General                                                           **Invoice#:** 786881
**Our File Number:** 00647/0001                                           **PAGE:**    2

---

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                              | Rate      | Hours | Fees      |
|------------------------------|-----------|-------|-----------|
| Ben-Jacob, Michael           | $785.00   | 0.67  | $525.95   |
| Culhane, Stephen             | 910.00    | 0.25  | 227.50    |
| Fees through 11/30/2014..............  |   | 0.92  | $753.45   |

Fees this Invoice.................................................................    $753.45
**Total Due this Invoice...............................................    $753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 786881
      Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355126



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    February 19, 2015
          40 West 57th Street Suite 1610
          New York, New York  10019
          acolodner@maplept.com

**RE:** General                                                   **Invoice#:** 791361
**Our File Number:**00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

Total Hours................. 1.25

Fees through 12/31/2014.................................... $868.75

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

Fees this Invoice........................................................... $868.75
**Total Due this Invoice............................................... $868.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355127**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138


## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 791361
Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355128**

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

**For Legal Services Rendered through February 28, 2015**                  137.70

**Total Amount Due**                                          $        137.70

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**
Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355129**

March 30, 2015                                                                   Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                                          **$137.70**

Page 1

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355130**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    July 31, 2015
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                        **Invoice#:** 805139
**Our File Number:**00647/0001                              **PAGE:**    1

======================================================================
### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2015
======================================================================

|            |                                                                                     | **Hours** |
|------------|-------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                  | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same. Interoffice conferences. | |
| 04/22/2015 | Veillette, Rebecca                                                                  | 1.30      |
|            | Attention to FBAR questions.                                                        |           |
| 04/24/2015 | Veillette, Rebecca                                                                  | 0.45      |
|            | Attention to FBAR matters.                                                          |           |
| 05/05/2015 | Veillette, Rebecca                                                                  | 0.40      |
|            | Attention to FBAR matters.                                                          |           |
| 05/07/2015 | Veillette, Rebecca                                                                  | 0.45      |
|            | Attention to foreign bank account reporting matters. Interoffice conferences regarding same. | |
| 05/08/2015 | Veillette, Rebecca                                                                  | 0.20      |
|            | Attention to 2013 FBAR information.                                                 |           |
| 05/13/2015 | Veillette, Rebecca                                                                  | 0.45      |
|            | Attention to foreign tax reporting matters.                                        |           |

Total Hours.................    4.45

Fees through 06/30/2015....................................    $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355131**

KAYE|SCHOLER LLP

TO:    Argre Management LLC                                        July 31, 2015

RE: General                                                        **Invoice#:** 805139
**Our File Number:** 00647/0001                                    **PAGE:**    2

---

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate        Hours          Fees
Veillette, Rebecca                $325.00       4.45       $1,446.25
                                                ─────────  ──────────
            Fees through 06/30/2015...............  4.45       $1,446.25


Fees this Invoice.........................................................       $1,446.25
Total Due this Invoice...............................................       $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355133



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                         August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                                **Invoice#:** 807022
**Our File Number:**00647/0001                                      **PAGE:**    1

=================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

=================================================================

|                                                      | **Hours** |
|------------------------------------------------------|-----------|
| 07/14/2015   Golub, Elizabeth                        | 0.25      |
|                                                      | ----------|
|                      Total Hours................     | 0.25      |
|             Fees through 07/31/2015...................| $70.00   |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate     | Hours | Fees    |
|--------------------|----------|-------|---------|
| Golub, Elizabeth   | $280.00  | 0.25  | $70.00  |
| Fees through 07/31/2015.............. | | 0.25  | $70.00  |

\*----------------------COSTS ADVANCED THROUGH 07/31/2015----------------------\*

| Corp. Filings & Searches                             | $250.50 |
|------------------------------------------------------|---------|
| Total Costs through 07/31/2015........................ | $250.50 |

| Fees this Invoice......................................................................... | $70.00 |
|-------------------------------------------------------------------------------------------|---------|
| Costs this Invoice........................................................................ | $250.50 |
| **Total Due this Invoice................................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138


## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355135**