```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to: Trial 2 Cases and Trial 3 Cases[1]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# PRETRIAL ORDER NO. 51
(Trial Consolidations)

LEWIS A. KAPLAN, *District Judge.*

    1.    The Trial 2 Cases are consolidated for trial.

    2.    The Trial 3 Cases are consolidated for trial.

    3.    The Court will advise counsel shortly concerning the trial setting for Trial 2 Cases and the pretrial schedules for both cases.

    SO ORDERED.

Dated:    March 6, 2025

_____
Lewis A. Kaplan
United States District Judge

---

[1] Title 2 Cases are 18-cv-05151, 18-cv-05185, 18-cv-05186, 18-cv-05190, 18,cv-05194, 18-cv-05164, 18-cv-05180, 18-cv-05189, 18-cv-05193, 18-cv-05183, 18-cv-05147, 18-cv-05150, 18-cv-05158, 18-cv-05188, 18-cv-05192, 18-cv-04767, 18-cv-04770, 18-cv-05309, 18-cv-05299, 18-cv-05308, 18-cv-05305, 18-cv-05307 and, with respect only to defendants who were excluded from Trial 1 and not previously terminated, 19-cv-01785, 19-cv-01781, 19-cv-01783, 19-cv-01794, 19-cv-01798, 19-cv-01922, 19-cv-01800, 19-cv-01788, 19-cv-01870, 19-cv-01791, 19-cv-01792, 19-cv-01928, 19-cv-01926, 19-cv-01929, 19-cv-01803, 19-cv-01806, 19-cv-01801, 19-cv-01808, 19-cv-01810, 19-cv-01809, 18-cv-04833, 19-cv-01812, 19-cv-01813, 19-cv-01815, 19-cv-01818, 19-cv-01931, 19-cv-01918, 19-cv-10713.

Title 3 Cases are 18-cv-05374, 18-cv-04894, 18-cv-05053, 18-cv-08655, 18-cv-04899